IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br>       Plaintiff           ) <br> ) <br> v.                                 ) <br> ) <br> JORGE PEREZ,          ) <br> ) <br>       Defendant.     ) <br> _____) | Case No.: 3:20-CR-86-TJC-JBT |

**NOTICE BY TEMPORARY COUNSEL OF THEIR
TERMINATION OF REPRESENTATION OF JORGE PEREZ**

COME NOW the three (3) undersigned temporary counsel for Jorge Perez and announce, pursuant to the July 6, 2020 Order of United States Magistrate, the Honorable Joel Toomey (Doc. #118), and announce that their temporary appearance status on behalf of Jorge Perez for the Initial Appearance hearing, has terminated. Counsel have informed Mr. Perez of this and have directed him to obtain other counsel, or to apply to the Office of the Federal Defender for legal representation. Dated: This 9th day of July 2020.

                                              **FMS LAWYER, PL**
                                              9900 Stirling Road, Suite 226
                                              Cooper City, Florida 33024
                                              Telephone: 954-985-1400
                                              Telecopier: 954-241-6947
                                              By: __/s/__ Frank Smith_____
                                                   Frank M. Smith
                                                   Florida Bar No. 069681
                                                   Frank.smith@fmslawyer.com

*Former temporary counsel for Jorge Perez*

**Ferguson Law Group LLC**
P.O. Box 887
Fortson, GA 31808
TEL: (706) 760-2033
FAX: (706) 926-0777
E-mail: jason@jmflegal.com
By: /S/ *Jason Ferguson*
    **Jason Ferguson**
    State Bar of Georgia No. 258746
*Former temporary counsel for Jorge Perez*

**Robert R. McLendon, IV, P.C.**
214 Court Square, 2nd Floor
Blakely, GA 39823
TEL: (229) 723-2635
FAX: (229) 723-2007
E-mail: robmclendon4@hotmail.com
By: /S/ *Robert R. McLendon, IV*
    **Robert R. McLendon, IV**
    State Bar of Georgia No. 497555
*Former temporary counsel for Jorge Perez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, I electronically served the foregoing via CM/ECF (and via email to Defendant, Jorge Perez), sending an electronic notice to the following:

*All Counsel of Record and Jorge Perez*

**FMS LAWYER, PL**
9900 Stirling Road, Suite 226
Cooper City, Florida 33024
Telephone: 954-985-1400
Telecopier: 954-241-6947

By: __/s/__Frank Smith_____
Frank M. Smith
Florida Bar No. 069681
Frank.smith@fmslawyer.com