# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**                    **CASE NO.: 3:20-CR-0086-TJC-JBT**

**v.**

**JORGE PEREZ,**
**RICARDO PEREZ,**
**SETH GUTTERMAN,**
**AARON DURALL,**
**JAMES F. PORTER, JR.,**
**SEAN PORTER,**
**CHRISTIAN FLETCHER,**
**NEISHA ZAFFUTO,**
**AARON ALONZO, and**
**NESTOR ROJAS,**
         **Defendants.**

_____/

## DEFENDANTS JAMES F PORTER, JR., AND SEAN PORTER'S JOINT MOTION FOR CONTINUANCE/EXTENSION OF DISCOVERY MOTION AND DISPOSITIVE MOTION DEADLINES

**COMES NOW** the Defendants SEAN PORTER and JAMES F. PORTER, JR. ("Defendants"), by and through the undersigned counsel, and hereby move this Court for the entry of an order continuing/extending the discovery motion and dispositive motion deadlines in this case, and in support thereof, state the following:

1.      Pursuant to this Court's June 30, 2020 *Standing Order Pertaining to Discovery, Motions, Hearings, Conferences and Trial* ("Order") (Docket No. 93), the following deadlines are set:

   a.   Discovery Motions-July 24, 2020;

   b.   Dispositive Motions-July 24, 2020;

Additionally, trial is in this matter is scheduled to commence August 3, 2020, with any pretrial necessary pretrial conferences to be scheduled prior to that date.

1

2.      A status conference is currently scheduled for July 29, 2020, where scheduling matters will apparently be addressed. However, the discovery deadline and the dispositive motion deadline both fall prior to July 29, 2020.

3.      To date, the Government has produced nearly one (1) terabyte of discovery documents to the undersigned, which will require significant and time-intensive review before the undersigned can determine a) whether any motions directed toward the Government's discovery production are appropriate, b) whether any dispositive motions are appropriate, and c) when the undersigned will be prepared to proceed to trial. Additionally, the Government continues to provide additional discovery at the time of filing this motion.

4.      Further complicating matters, the recent COVID-19 epidemic will most likely further restrain the undersigned's ability to meet with, discuss, and review the Government's discovery disclosures with the Defendants.

5.      Accordingly, Defendants respectfully request the entry of an Order continuing the discovery and dispositive motion deadlines in this matter until after the July 29, 2020, status conference.

6.      Undersigned counsel has conferred with counsel for the Government, who does not oppose the relief sought in this motion.

## MEMORANDUM OF LAW

The Court has the authority to delay a Defendant's trial on a Motion by the Defendant if "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S. § 3161(h)(8)(A). Defendants believe the ends of justice outweigh the right to a speedy trial, especially given the voluminous discovery involved in the instant matter. As it appears the Court will continue the trial in this matter, given the voluminous

discovery in the instant case, it is appropriate to continue or extend said deadlines until after the parties are apprised of a new trial date.

**WHEREFORE**, Defendants SEAN PORTER and JAMES F. PORTER, JR. respectfully request the entry of an Order continuing/extending the discovery and dispositive motion deadlines in this case, and providing such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the Defendant's *Motion for Continuance/Extension of Discovery Motion and Dispositive Motion Deadlines* was furnished to the Office of the United States Attorney for the Middle District of Florida by electronic filing through PACER/ECMF this 22nd day of July, 2020.

**ROWLAND LAW, LLC**                         **THE SCHWARTZ LAW GROUP, P.A.**

 /s/  *Caleb D. Rowland*                         /s/  *Seth Schwartz*
Caleb D. Rowland, Esquire                   Seth Schwartz, Esquire
Florida Bar No.: 49936                      Florida Bar. No.: 739421
8833 Perimeter Park Blvd., Suite 603        Albert J. Tasker, IV, Esquire
Jacksonville, Florida 32216                 Florida Bar No.: 743321
crowland@rowlandlawfirm.net                 Jesse Berryman, IV, Esquire
Tel: (904) 516-4615                         Florida Bar No.: 98871
Fax: (904) 683-2617                         10365 Hood Road, Suite 104
service@rowlandlawfirm.net                  Jacksonville, FL 32257
Attorney for Defendant Sean Porter          Telephone: (904) 292-0222
                                            Email: service@flattorney.net
                                            Attorneys for Defendant James F. Porter, Jr.