**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                            Case No. 3:20-cr-86(S1)-J-32JBT

| | |
|---|---|
| **JORGE PEREZ** | Defense Atty.: Thomas M. Bell, Esquire |
| **AARON DURALL** | Defense Atty.: Brian Rafferty, Esquire |
| **JAMES F. PORTER, JR.** | Defense Atty.: Seth Schwartz, Esquire |
| **SEAN PORTER** | Defense Atty.: Caleb Rowland, Esquire |
| **CHRISTIAN FLETCHER** | Defense Atty.: Vincent Citro, Esquire |
| **AARON FLETCHER** | Defense Atty.: Darcy D. Galnor, Esquire |
| **NESTOR ROJAS** | Defense Atty.: Phillip Horowitz, Esquire |
| | AUSA: Tysen Duva |

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 10/22/2020<br>2:07 p.m. – 2:27 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | None present |

CLERK'S MINUTES

**PROCEEDINGS:**   **ARRAIGNMENT ON SUPERSEDING INDICTMENT**

Defendants are present via Zoom videoconference and all Defendants consent to appearing by Zoom videoconference.

Assistant U.S. Attorney Tysen Duva, Thomas Bell, Esq., Brian Rafferty, Esq., Seth Schwartz, Esq., Caleb Rowland, Esq, Vincent Citro, Esq., Darcy Galnor, Esq., and Phillip Horowitz, Esq., are present via Zoom videoconference.

Defendants placed under oath.

Defendants advised of rights, charges, penalties, special assessment and forfeiture provision in the Superseding Indictment.

Defendants enters a plea of not guilty as to each count charged in the Superseding Indictment against them.

Trial is currently set for the trial term commencing on September 7, 2021, before the Honorable Timothy J. Corrigan.