UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 3:20-cr-86(s2)-J-32JRK

JORGE PEREZ

_____/


**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**


The Defendant, Jorge Perez, files this Motion for Leave to File Under Seal the Defendant's

*Ex Parte* Application for Authority to Incur Costs. The Defendant's *ex parte* application contains

sensitive and privileged information, falling within the attorney-client privilege, work product and

similar doctrines. The United States, per AUSA A. Tysen Duva, does not oppose this motion.

For the foregoing reasons, the Defendant's *ex parte* Application for Authority to Incur Costs

should be filed under seal.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2020, I electronically filed the foregoing with the
clerk of the Court by using CM/ECF system which will send a notice of electronic filing to A. Tysen
Duva, AUSA.


                                                        Respectfully submitted,

                                                        **_S:// Thomas M. Bell_**
                                                        THOMAS M. BELL, #0615692
                                                        301 West Bay Street, Suite 1460
                                                        Jacksonville, Florida 32202.
                                                        Telephone (904) 354-0062
                                                        Telecopier (904) 353-1315
                                                        tbellesq@bellsouth.net
                                                        Attorney for Jorge Perez