**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

UNITED STATES OF AMERICA                    CASE NO. 3:20-cr-86-J 32JBT

v.

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO
NESTOR ROJAS

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (for Jorge Perez) |
| Gary A. Winters | Richard J. Landes (for Ricardo Perez) |
| James V. Hayes | Brian T. Rafferty (for Aaron Durall) |
|  | Donald Franklin Samuel (for Aaron Durall) |
|  | Seth Schwartz (for James F. Porter, Jr.) |
|  | Caleb D. Rowland (for Sean Porter) |
|  | Steven H. Sadow (for Christian Fletcher) |
|  | Joshua Sabert Lowther (for Neisha Zaffuto) |
|  | Darcy Galnor (for Aaron Alonzo) |
|  | Philip Robert Horowitz (for Nestor Rojas) |

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz                    Court Reporter: Shannon Bishop

---

## CLERK'S MINUTES

**PROCEEDINGS OF: TELEPHONE CRIMINAL STATUS CONFERENCE**

- Defendants James F. Porter, Jr. and Sean Porter orally moved for permission to travel through the northern district of Florida. The oral motion is **GRANTED**.

- Order to enter.

DATE: December 17, 2020                    TIMES: 4:02 p.m. – 4:43 p.m.