## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 3:20-cr-86-J-32JBT

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO
NESTOR ROJAS

_____

# O R D E R

This case came before the Court on December 17, 2020 for a telephone status conference, the record of which is incorporated by reference. Based on the updates provided by counsel and for the reasons stated on the record at the status conference, it is hereby

**ORDERED**:

1.      No later than **January 19, 2021**, Defendants Aaron Durall, Christian Fletcher, and Neisha Zaffuto shall file all non-expert-related motions, with responses thereto due **February 19, 2021**.[1]

_____

[1] In lieu of filing their own separate motions, any Defendant may adopt the motion of a co-Defendant.

2.      No later than **February 19, 2021**, Defendants Jorge Perez, Ricardo Perez, James F. Porter, Jr., Sean Porter, Aaron Alonzo, and Nestor Rojas shall file all non-expert-related motions, with responses thereto due **March 22, 2021**.

3.      No later than **February 19, 2021**, Defendants shall serve their Federal Rule of Criminal Procedure 16(b)(1)(C) expert reports and deliver a courtesy copy of each report to chambers of the undersigned.

4.      No later than **March 16, 2021**, all parties shall file expert-related motions, with responses thereto due **April 6, 2021**.

5.      All other dates and deadlines remain unchanged. An in-person hearing on all pending motions and status conference remains set for **April 27, 2021 at 10:00 a.m.** (See Doc. 175). The deadline for executing a plea agreement remains **July 1, 2021**, and trial remains set for the trial term commencing **September 7, 2021 at 9:00 a.m.** Id. The parties should continue to reserve **September 7, 2021 through November 16, 2021** for trial.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of December, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

2

Counsel of Record
United States Probation Office
United States Pretrial Services
United States Marshals Service
Defendants