UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA           CASE NO.: 3:20-cr-00086

v.

JORGE PEREZ,
RICARDO PEREZ,
SETH GUTERMAN,
AARON DURALL
JAMES F. PORTER, JR.,
SEAN PORTER,
CHRISTIAN FLETCHER,
NEISHA ZAFFUTO,
AARON ALONZO, AND
NESTOR ROJAS
    Defendants.
_____/

## MOTION TO ADOPT CO-DEFENDANT JORGE PEREZ'S MOTION FOR BILL OF PARTICULARS

Defendant, JAMES F. PORTER, JR., hereby moves the Court to adopt the Motion for Bill of Particulars filed by Co-defendant Jorge Perez. (Docket # 231). In an effort to not burden the Court with unnecessary repetition, Mr. Porter moves to adopt the motion.

         **THE SCHWARTZ LAW GROUP, P.A.**
         /s/ *Seth Schwartz*
         _____
         Seth Schwartz, Esquire
         Florida Bar No.: 739421
         Albert J. Tasker IV
         Florida Bar No.: 743321
         10365 Hood Road, Suite 104
         Jacksonville, FL 32257
         (904) 292-0222
         service@flattorney.net
         Attorneys for James F. Porter, Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on February 19, 2021, a true and correct copy of the foregoing motion was filed with the Clerk of Court by using CM/ECF system, which will send notice of the electronic filing to all counsel of record in this matter.

                                            **THE SCHWARTZ LAW GROUP, P.A.**

                                            /s/ *Seth Schwartz*
                                            _____

                                            Seth Schwartz, Esquire