UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

                                                                   CASE NO. 3:20-CR-86-J-32JBT

    Plaintiff,

v.

CHRISTIAN FLETCHER

    Defendant.
_____/

**FLETCHER'S MOTION TO ADOPT**
**DEFENDANTS JAMES PORTER'S AND SEAN PORTER'S**
**MOTION TO DISMISS AND MEMORADUM OF LAW**

Christian Fletcher moves to adopt the Joint Motion to Dismiss that defendants James Porter and Sean Porter ("Porters' Joint Motion to Dismiss") filed on February 19, 2021. Dkt. 246. Mr. Fletcher previous filed a Joint Motion to Dismiss with defendant Aaron Durall. Dkt. 212. Mr. Fletcher moves to adopt certain portions of the motion the Porters' Joint Motion to Dismiss filed so as to not burden the Court with unnecessary repetition. The analysis put forth in the Porters' Joint Motion to Dismiss filed is equally applicable to Mr. Fletcher.

## CONCLUSION

Accordingly, Mr. Fletcher request this Court permit Mr. Fletcher to adopt the arguments set forth in the Porters' Joint Motion to Dismiss, and thereafter dismiss the superseding indictment.

Respectfully submitted,

**STEVEN H. SADOW, P.C.**

*s/ Steven H. Sadow*
Steven H. Sadow
Georgia Bar No. 622075
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
Telephone: (404) 577-1400
Facsimile: (404) 577-3600
stevesadow@gmail.com
*Admitted Pro Hac Vice*

**LAW OFFICES OF HORWITZ & CITRO, P.A.**

*s/ Vincent A. Citro*
Vincent A. Citro
Florida Bar Number: 0468657
17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321
vince@horwitzcitrolaw.com

Attorneys for Christian Fletcher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>*s/ Vincent A. Citro*</u><br>
Vincent A. Citro<br>
Florida Bar Number: 0468657<br>
Attorney for Christian Fletcher