**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.,

### ORDER REGARDING APRIL 27, 2021, 10:00 A.M., IN-PERSON HEARING

This case is before the Court sua sponte. In preparation for the April 27, 2021, 10:00 a.m., in-person hearing on all pending motions and status conference, the Court enters this Order to provide guidance to the parties as to how it intends to proceed at the hearing. It is hereby

**ORDERED**:

1. Because the Court will take up substantive matters at the hearing, **defendants are required to be present**. Should a defendant determine to waive his/her appearance, he/she must file a written waiver of appearance **no later than April 21, 2021**. Otherwise, defendants shall appear in person.

2. The Court will not entertain any testimony from live witnesses at the hearing. Should it turn out to be necessary, a separate hearing would be set for that purpose.

3. In addition to taking up all the pending motions, the undersigned will likely inquire about discovery and any other matters related to pretrial issues.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of April, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies:
Counsel of Record
Defendants