**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-J-32JBT

JORGE PEREZ, et al.,

### ORDER

Upon review, non-party Mark Blake's unopposed <u>ore</u> <u>tenus</u> motion to place under seal certain exhibits filed in this case which are subject to a protective order in a civil case in which Mr. Blake is a party, is **granted**. The Clerk shall place under seal the following three documents until further order: Exhibit A to Doc. 295; Exhibit B to Doc. 295; Exhibit 1 to Doc. 298.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of April, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record
Mark T. Blake, Esq. (via email only)