UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:20-cr-86(S1)-J-32JBT

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO
NESTOR ROJAS

**GOVERNMENT'S NOTICE OF ADVISING DEFENDANTS
OF LIST OF CO-CONSPIRATORS NOT NAMED
IN THE SUPERSEDING INDICTMENT**

The United States, by and through undersigned counsel, provides notice to the
Court of complying with this Court's Order issued during the April 27, 2021 Motions
Hearing that the Government provide notice to the defendants regarding alleged co-
conspirators not named in the Superseding Indictment. The Government provided
the list to defense counsel via e-mail on May 27, 2021 at 8:40 am.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney


By:   /s/ Tysen Duva
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:   Tysen.Duva@usdoj.gov


DANIEL KAHN
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:   /s/ James V. Hayes
GARY A. WINTERS
JAMES V. HAYES
TRIAL ATTORNEYS
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 598-2382
Email: Gary.Winters@usdoj.gov
        James.Hayes@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, hereby certify that, on May 27, 2021, a true and correct copy of the foregoing

was filed and served on all counsel via the CM/ECF system.


_/s/ Tysen Duva_____
Tysen Duva
Assistant United States Attorney