UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO.: 3:20-cr-86(S1)-J-TJC-JBT

JORGE PEREZ
_____/

**DEFENDANT JORGE PEREZ' MOTION TO MODIFY
CONDITIONS OF RELEASE AND MEMORANDUM OF LAW**

The Defendant, Jorge Perez, by and through the undersigned attorney, pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure and 18 U.S.C. §3142, respectfully moves this Honorable Court to modify the conditions of his pretrial release as follows: permit him to travel to Kansas City, Missouri to consult with counsel from July 14, 2021 to July 17, 2021. As grounds for this Motion, Defendant states as follows:

1. Jorge Perez and eight other named and various unnamed individuals are charged with conspiring to commit health care fraud in violation of 18 U.S.C. §1347 and wire fraud in violation of 18 U.S.C. §1343, all in violation of 18 U.S.C. §1349 in Count I of a Superseding Indictment which stretches over 3 years and 41 pages, returned on October 7, 2020. A combination of individuals is charged with substantive health care violations contrary to 18 U.S.C. §1347 in counts II-VI. Conspiracy to commit money laundering is charged against individuals Counts VII and VIII. One person is charged with substantive money laundering violations in

Counts IX and X. Other individuals are charged with substantive money laundering violations contrary to 18 U.S.C. §1957(a) and (2) in counts XI through XXIII. (Doc.180).

2. Trial is currently scheduled for the term beginning January of 2022. This court set conditions of release by order entered June 29, 2020. (Doc. 71). Those conditions include, among other things, travel restricted to the Southern and Middle Districts of Florida. Mr. Perez has complied with the conditions of release.

3. Mr. Perez is a named defendant in a civil case, 5:18-cv-5018, which is related to the criminal charges in this case. Mr. Perez needs to attend an in-person conference with counsel in the civil case. The plan is to travel to Kansas City on July 14, 2021 and return on July 17, 2021. He will stay at the SpringHill Suites by Marriott Overland Park Leawood in Overland Park, Kansas. His Pretrial Services Officer, Jose Ferdinandy, does not object to this motion.

4. The United States, per A.U.S.A., Tysen Duva, does not oppose this motion.

## MEMORANDUM OF LAW

This Court has the authority pursuant to 18 U.S.C. §3142(b) and (c) to set and modify the conditions of a Defendant's release. The interests of justice suggest it is appropriate in this case to permit the requested modification.

**WHEREFORE**, the Defendant, Jorge Perez respectfully requests this Honorable Court grant this motion.

        Respectfully submitted,

        *S:// Thomas M. Bell*
        THOMAS M. BELL, #0615692
        301 West Bay Street, Suite 1460
        Jacksonville, Florida 32202
        Telephone (904) 354-0062
        Telecopier (904) 353-1315
        tbellesq@bellsouth.net
        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2021 I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following: Tysen Duva and all counsel of record.

        *S:// Thomas M. Bell*
        Thomas M. Bell