UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:20-cr-86-MMH-JBT

JORGE PEREZ
RICARDO PEREZ

**[OWNER OF RECORD: EMPOWER INVESTMENT GROUP, a Florida Limited Liability Company]**

**GOVERNMENT'S RENEWAL NOTICE OF *LIS PENDENS*[1]**

NOTICE IS HEREBY GIVEN that on October 7, 2020, the United States of America filed a Superseding Indictment in the United States District Court, Middle District of Florida, Jacksonville Division, between the parties named in the above referenced action.   This action remains pending.

The United States of America is seeking to forfeit the real property located at 13820 SW 142 Avenue, Miami, Miami-Dade County, Florida 33186, including all improvements thereon and appurtenances thereto, being the same premises conveyed to Empower Investment Group LLC, a Florida Limited Liability Company, on September 15, 2016, by virtue of that Warranty Deed recorded on September 22, 2016 in the public records of Miami-Dade County, Florida, CFN 20160553580, Book 30240, 886, the legal description for which is as follows:

---

[1] This notice renews the Government's Notice of Lis Pendens (Doc. 126) recorded in the Official Records of Miami-Dade County, Florida on July 13, 2020, BK 32004, Page 3897.

>Condominium Unit No. 13820, of Tamiair Park Condominium No. 1, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 11140, Page 905, of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto.

The United States seeks forfeiture of the above referenced real property, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(7) and 18 U.S.C. § 982(a)(1).

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, U.S. Federal Courthouse, 300 N. Hogan Street, Jacksonville, Florida 32202-4270.

Dated: July 6, 2021.

>Respectfully submitted,
>
>KARIN HOPPMANN
>Acting United States Attorney
>
>By:  *s/ Mai Tran*
>MAI TRAN
>Assistant United States Attorney
>Florida Bar No. 100982
>300 North Hogan Street, Suite 700
>Jacksonville, Florida 32202-4270
>Telephone: (904) 301-6300
>Facsimile: (904) 301-6310
>E-mail: mai.tran2@usdoj.gov