UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO.   3:20-cr-86(S1)-TJC-JBT

JORGE PEREZ

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant Jorge Perez' Motion to Modify Conditions of Release and Memorandum of Law (Doc. #347; Motion), filed on July 6, 2021, is **GRANTED**. Accordingly, this Court's Order Setting Conditions of Release (Doc. #71; Release Order), entered on June 29, 2020, as modified, *see* Order Modifying Conditions of Release (Doc. #327), entered on June 2, 2021, is **MODIFIED** as follows:

The travel restriction in paragraph (9)D of the Release Order is hereby temporarily **LIFTED** to allow Defendant to travel to Kansas City, Missouri from July 14, 2021 through July 17, 2021, as indicated in the Motion. Defendant shall notify Pretrial Services upon his return to Miami.

In all other respects, the Release Order, as modified, shall remain in full force and effect.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of July, 2021.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Duva)
Thomas M. Bell, Esquire
U.S. Pretrial Services
Defendant