UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO.: 3:20-cr-86(S1)-J-32JBT

JORGE PEREZ, et. al
_____/

## JOINT DEFENSE STATUS REPORT

On behalf of all named defendants, counsel for defendant Jorge Perez files this status report pursuant to this Court's Order of April 27, 2021 (Doc. 308).

The United States responded to the Court's suggestions at the April 27 hearing by informing defense counsel that it issued trial subpoenas to the purported victim private insurance companies returnable January 3, 2022 for the bare minimum information discussed with the Court and required by *Brady* and Fed.R.Crim.P. 16(1)(E)(i) (the 837i data streams and internal emails).* The government cannot or will not provide an estimate of when, if ever, before January 3, it expects the private insurance companies to produce this exculpatory and/or material information for review.

Collectively, the defendants (through the efforts of counsel for defendants Fletcher, Durall and Porter), pursuant to Rule 17 pretrial subpoenas and a motion to modify the protective order, have initiated efforts to obtain other relevant

_____

\* Based on an email to defense counsel for Porter, it appears the government has issued a subpoena to at least one non-insurer entity.

information from the various private insurers or simply to share information already produced in a related civil case with the others charged criminally in our case. (For example, see Docs. 278, 279, 302, 314, 319, 320, 339, 341, 344). Predictably, the private insurance companies and in one instance the government are resisting the production of the relevant information. (For example, see Docs. 317, 318, 331, 333, 335).

A small number of documents were provided by the government in a production dated July 7, 2021 (FRD 14 – Aetna 2015-2017 manuals, United Healthcare (UHC) sample "837i"s, and UHC direct lab billing claim spreadsheets). But the bottom line is this: since the April 27 hearing, the government has not produced to the defense any material or information discussed with the Court from private insurers Florida Blue, Anthem RightChoice, Anthem BCBS Georgia, and has produced three Aetna manuals, sample "837i"s and direct lab billing claim spreadsheets from UHC. Thus, the defense is in virtually the same position with the requested discovery as it was on April 27.

Absent a meaningful opportunity to review all the *Brady* and Rule 16 material discussed at the April 27 hearing and resolution of the defense Rule 17 subpoena questions, the defendants submit that it is impossible to know at this point whether this case will be ready for trial during the January 2022 term.

Respectfully submitted on
behalf of all defendants,

**_S:// Thomas M. Bell_**
THOMAS M. BELL, #0615692
301 West Bay Street, Suite 1460
Jacksonville, Florida 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Jorge Perez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2021, I electronically filed the foregoing

with the clerk of the Court by using CM/ECF system which will send a notice of

electronic filing to A. Tysen Duva, AUSA and all counsel of record.

S:// Thomas M. Bell
THOMAS M. BELL

3