## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 3:20-cr-86-TJC-JBT

CHRISTIAN FLETCHER
_____

### **O R D E R**

This case is before the Court on Defendant Christian Fletcher's Objections to Magistrate Judge's Order Granting in Part Non-Party Private Insurers' Motions to Quash (Doc. 377), filed on July 21, 2021. Non-parties United Healthcare, Inc., Anthem Entities, and Florida Blue filed a joint response. (Doc. 384). Mr. Fletcher objects to the assigned United States Magistrate Judge's Order (Doc. 371) partially granting the non-party insurers' motions (Docs. 317, 318, 333) to limit the scope of Defendants' subpoenas.

Federal Rule of Criminal Procedure 59(a) allows a district judge to refer to a magistrate judge "any matter that does not dispose of a charge or defense." When a party objects to the decision of a magistrate judge, "[t]he district judge must consider timely objections and modify or set aside any part of the order that is contrary to law or clearly erroneous." Fed. R. Crim. P. 59(a); see also 28 U.S.C. § 636(b)(1)(A). Upon review, the Court determines that the Magistrate Judge's decision was neither contrary to law nor clearly erroneous. Thus, Mr.

Fletcher's objections (Doc. 377) are **OVERRULED**. The Order of the Magistrate Judge (Doc. 371) is affirmed.

     **DONE AND ORDERED** in Jacksonville, Florida this 17th day of August, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record
Defendant