UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86(S1)-TJC-JBT

JORGE PEREZ, et al.

### UNITED STATES' RESPONSE TO NON-PARTY PAYORS' MOTION FOR PROTECTIVE ORDER

The United States does not oppose the Non-Party Payors' Motion for Protective Order (Doc. 391). The Motion is correct that the Non-Party Payors implemented the modification that counsel for Christian Fletcher proposed and the United States supported. The United States does not have any other objections to the Motion for Protective Order or the proposed Protective Order itself.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:  /s/ Tysen Duva
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:  (904) 301-6310
E-mail: Tysen.Duva@usdoj.gov

>DANIEL KAHN
>ACTING CHIEF
>U.S. DEPARTMENT OF JUSTICE
>CRIMINAL DIVISION, FRAUD SECTION

By: */s/ James V. Hayes*
    JAMES V. HAYES (FL Bar # A5501717)
    Senior Litigation Counsel
    GARY A. WINTERS (FL Bar # A5501852)
    Trial Attorney
    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Avenue, NW
    Washington, DC 20005
    Tel: (202) 598-2382
    Email: Gary.Winters@usdoj.gov
           James.Hayes@usdoj.gov

## CERTIFICATE OF SERVICE

I, hereby certify that, on August 26, 2021, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

>*/s/ Tysen Duva*
>Tysen Duva
>Assistant United States Attorney

2