UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF
AMERICA,

v.   Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ, *et al.*,

      Defendants.

_____

**UNOPPOSED AMENDED MOTION FOR LEAVE TO
FILE REPLY TO DEFENDANTS' RESPONSES TO NON-PARTY
PAYORS' MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER**

      Non-parties Blue Cross and Blue Shield of Florida, Inc. ("Florida Blue"), United Healthcare, Inc. ("United"), Blue Cross and Blue Shield of Georgia, Inc. ("BCBS Georgia"), RightCHOICE Managed Care, Inc. ("RightCHOICE"), and Aetna, Inc. ("Aetna") (collectively, the "Non-Party Payors"), pursuant to Local Rule 3.01(d), respectfully move the Court for leave to file a reply brief no more than seven pages in length in support of their Motion for Entry of Amended Protective Order [D.E. 391] to address arguments made in the Defendants' responses to the motion, and in support say:

      Pursuant to the Court's orders, on August 18, 2021 the Non-Party Payors filed a motion to amend the protective order currently in place to modify its terms and extend its protections to cover documents to be produced by non-parties in response to Rule 17 subpoenas served by the Defendants. In response, the Government indicated that it does not oppose the motion [D.E. 393], but

defendants Durall, Zaffuto, Porter[1], and Perez have filed responses opposing the motion [D.E. 392, 394, 396, 397]. The defendants' responses raise new legal issues not made in the initial motion, and not presented through counsel before the filing of the responses, that the Non-Party Payors would like to address in a brief reply.

Good cause exists to grant the motion for leave. The Non-Party Payor's short reply brief will refute arguments made in the Defendants' responses and assist the Court in resolving the underlying motion. No party will suffer unfair prejudice as a result of the requested relief, and this request will not impact the scheduling of the case for trial or the close of discovery.

"'The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court.'" *Easterwood v. Sedgwick Claims Mgmt. Services Inc.*, 6:19-cv-700-ORL-78LRH, 2019 WL 12471699, at *2 (M.D. Fla. Dec. 20, 2019) (quoting *Tardif v. People for Ethical Treatment of Animals*, 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011)). Replies have been permitted when they "will benefit the Court's resolution of the pending motion." *Id.* (citing *Schumann v. Collier Anesthesia, P.A.*, 2:12-cv-3470-FtM-29CM, 2014 WL 1230644, at *4 n.3 (M.D. Fla. Mar. 25, 2014)). Here, a reply that addresses the new law raised in Defendants' responses will benefit the Court's resolution of the pending motion.

---

[1] Non-Payors' initial motion incorrectly identified Fletcher as a respondent instead of Porter.

WHEREFORE, the Non-Party Payors respectfully request the Court enter an order granting them permission to file a reply of no more than seven pages in length to the Defendants' responses to the Motion for Entry of Amended Protective Order within 14 days of the order granting this motion.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for the Non-Party Payors conferred with counsel for the Defendants, who do not object to this motion.

| | |
|---|---|
| By: */s/ Lee D. Wedekind, III*<br>**Lee D. Wedekind, III**<br>Florida Bar No. 670588<br>Nelson Mullins Riley<br>& Scarborough LLP<br>50 N. Laura Street, Suite 4100<br>Jacksonville, FL 32202<br>(904) 665-3652 (direct)<br>(904) 665-3699 (facimile)<br>lee.wedekind@nelsonmullins.com<br>allison.abbott@nelsonmullins.com<br><br>*Counsel for Blue Cross and Blue Shield of Georgia, Inc. and RightCHOICE Managed Care, Inc.* | By: */s/ Andrew J. Steif*<br>**Andrew J. Steif**<br>Florida Bar No. 0042475<br>Abel Bean Law, P.A.<br>100 N. Laura Street, Suite 501<br>Jacksonville, FL 32202<br>(904) 944-4100<br>asteif@abelbeanlaw.com<br><br>*Counsel for Blue Cross and Blue Shield of Florida, Inc.* |

<table>
<tr><td>

By: */s/ Ferdose al-Taie*
**Ferdose al-Taie** (*pro hac vice*)
District of Columbia Bar No. 467730
Maryland Bar No. 112110013
Texas Bar No. 24106644
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 720-4308

and

**Irene Bassel Frick**
Florida Bar No. 0158739
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
irene.basselfrick@akerman.com
nicole.emmett@akerman.com


and

**Mario O. Marin**
Florida Bar No. 123879
Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
(305) 374-5600

*Counsel for United Healthcare, Inc.*

</td><td>

By: */s/ Robert J. Fogarty*
**Robert J. Fogarty**
Florida Bar No. 0279625
200 Public Square, Suite 2800
Cleveland, OH 44114
(216) 621-0150
rjf@hahnlaw.com

*Counsel for Aetna, Inc.*

</td></tr>
</table>

5

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on September 3, 2021. I also certify that the foregoing document is being served this day on counsel of record via transmission of Electronic Filing generated by CM/ECF.

            */s/ Lee D. Wedekind, III*
            Attorney

4840-7333-2729