UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

## SUPPLEMENT TO COURT ORDER

On September 8, 2021, the Court granted United HealthCare, Inc., Blue Cross Blue Shield of Georgia, Inc., RightCHOICE Managed Care, Inc., Blue Cross Blue Shield of Florida, Inc., and Aetna, Inc.'s (collectively "Non-Party Payors"), Motion for Entry of Amended Protective Order ("Order") (Doc. 402). Through oversight, the Court neglected to name United HealthCare, Inc. ("United") as a Non-Party Payor in the text of the Order. However, the Court intended to include United as a Non-Party Payor and now clarifies that the Order is meant to fully apply to United as well as the other Non-Party Payors.[1]

**DONE AND ORDERED** in Jacksonville, Florida, on September 9, 2021.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] In addition, by its terms, the Amended Protective Order applies to all parties and non-parties. (Doc. 403.)