AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cr-86-TJC-JBT |
| CHRISTIAN FLETCHER, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Aetna, Inc.

Date: 10/13/2021

/s/ Robert J. Fogarty
*Attorney's signature*

Robert J. Fogarty (0279625)
*Printed name and bar number*

Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

*Address*

rjf@hahnlaw.com
*E-mail address*

(216) 621-0150
*Telephone number*

(216) 241-2824
*FAX number*