# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.,

## ORDER FOLLOWING HEARING

This case came before the Court on October 22, 2021 for a status hearing, the record of which is incorporated by reference.   As announced at the hearing, it is hereby

**ORDERED**:

1.   Any remaining discovery motions and any motion for a hearing under Rule 104(a) of the Federal Rules of Evidence must be filed as soon as possible and not later than **December 1, 2021**.   Responses to any motions must be filed within **14 days** (responses to motions filed December 1, 2021 are due **December 15, 2021**).

2.   In the event the Court determines any motions require a hearing, the Court has reserved **February 8, 2022 at 10:00 a.m.** in Courtroom 10D and directs the parties to reserve this time as well.[1]   Once the Court reviews any

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers.   Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys

motions and responses, it will issue a notice either scheduling the hearing (which will require defendants to be present absent filing of a waiver) or advising the parties that no hearing is necessary.

3. The deadline for executing a plea agreement or announcing an intent to plead guilty is **March 18, 2022**. Change of plea hearings will thereafter be promptly set with the Magistrate Judge.

4. This case is set for an in-person status conference before the undersigned in Courtroom 10D on **April 19, 2022 at 10:00 a.m.** Defendants are required to be present in person.

5. Based on the ore tenus motion of defendant Jorge Perez to continue the trial until mid-2022, which motion was joined by all defendants, and without objection from the government, for the reasons stated on the record at the October 22, 2021 status conference, the Court finds the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial and the motion to continue is therefore **granted**. See 18 U.S.C. § 3161(h)(7)(A). The jury trial previously set for the January 3, 2022 term is rescheduled as to all defendants for a date certain trial to begin with jury selection at **9:00 a.m.** on **Monday, May 9, 2022 and continuing**

---

may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice. The parties are also advised to consult the Court's current coronavirus protocols, which are posted on the Court's website, www.flmd.uscourts.gov.

**until completed** in Courtroom 10D.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of November, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record
United States Marshals Service
United States Probation Office
United States Pretrial Services
Defendants

3