**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:20-cr-86-TJC-JBT |
| DEFENDANT | TYPE OF PROCESS |
| Jorge Perez, et al. | Deposit of Funds |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$246,546.95 in lieu of real property located at 96000 Overseas Hwy, W-31, Monroe County, Key Largo, FL
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mai Tran, Assistant United States Attorney
United States Attorneys Office
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

20-FBI-004068  Please deposit the sum of $246,546.95 into the U.S. Marshals Service Seized Asset Deposit Fund until further notice from this office.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Digitally signed by MAI TRAN
Date: 2021.12.28 12:43:34 -05'00'
TELEPHONE NUMBER: (904) 301-6300
DATE: 12/28/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. D04 | No. D04 | | 12/28/2021 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 12/29/2021   Time: 12:00   [ ] am  [X] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

$246,546.95 USC deposited into the Seized Asset Deposit Fund pursuant to the Stipulation for Sale of Real Property Located at 96000 Overseas Hwy, W-31, Monroe County, Key Largo, FL.


RECEIVED DEC 28 2021 BY:____

Form USM-285
Rev. 03/21