**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.,

## ORDER CANCELLING HEARING

Upon review of defendant Fletcher's Motion for Hearing to Determine the Admissibility of Evidence Pursuant to Federal Rule of Evidence 104(a) (Doc. 448, with sealed supplement, Doc. S-470), defendant Aaron Durall's Renewed Motion for a Bill of Particulars (Doc. 449, with sealed supplement, Doc. S-472) and Durall's Motion to Bar Admission of the "Claim Spreadsheets" that are Inadmissible Hearsay and Not Admissible as "Summary Charts" (Doc. 450), and the responses and reply thereto (Docs. 477, 478, 488), the Court has determined not to proceed with a hearing at this time.  The parties therefore no longer need to reserve the February 8, 2022, 10:00 a.m. hearing slot.  The Court will issue a ruling or further instructions on the motions by separate order.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of January, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record
Defendants