UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

  v.          Case no. 3:20-cr-86-J-TJC-JBT

**JORGE PEREZ**
_____/

## DEFENDANT JORGE PEREZ'S PROPOSED VOIR DIRE QUESTIONS

  The Defendant, Jorge Perez, by and through the undersigned counsel, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure and this Court's pre-trial order submits the following questions for prospective jurors in this matter:

## BIOGRAPHICAL INFORMATION

1. Name: _____
     (First)  (Middle)  (Last)  (Maiden)

2. Sex: (M)_____ (F)_____

3. Age: _____

4. Place of Birth: _____

5. Address: _____
   _____

6. Where else in Florida have you lived? _____

7. Have you ever lived anywhere else other than Florida?  ☐Yes  ☐ No

   If yes, where have you lived? _____

8.  Race/Ethnic Background: _____

9.  Marital Status:  ☐ Single   ☐ Never Married   ☐ Married _____ Yrs.
    ☐ Separated ☐ Divorced   ☐ Widowed ___ Yrs.
    ☐ Living w/Someone ___ Yrs.

10. If you have been married, how many times: ☐ 1 time ☐ 2 times ☐ 3 times ☐ 4 or more

## FAMILY HISTORY

11. If you have children, please state their sex, ages and for your adult children, state their occupations (if they are students, please list their major area of study, if known):

    _____

    _____

    _____

    _____

12. Is your residence: _____ an apartment or _____ a house?

13. Do you _____ own or _____ rent your residence?

14. How many people live in your household? _____

    How are they related to you? _____

## EMPLOYMENT

15. What is your current occupation/job title? _____

    a.  Where do you work? _____

Page 2 of 20

      b. How long have you worked there? _____

      c. What exactly do you do? _____

16. Have you supervised other people at your present or past place of employment? ☐Yes ☐ No

      a. If yes, how many people are or were under your supervision? _____

      b. Are you responsible for hiring or firing employees? ☐Yes ☐ No

17. Do you have experience in the health care billing or the claims processing business? ☐Yes ☐ No

18. Have or has any member of your family you ever worked for company the provides health insurance, administers government sponsored health care programs (Medicare) or processes health insurance claims, such as Blue Cross, Florida Blue, Aetna, United or any similar company? ☐Yes ☐ No

    If yes, describe the nature of your work

    _____

    _____

19. Have you or any member of your family worked as a health care fraud investigator or similar type of employment? ☐Yes ☐ No

20. Have you or has any member of your family worked for a company the acts as a clearinghouse for the electronic processing of health care claims, such as Waystar or Availity? ☐Yes ☐ No

21. Do you have any formal training and professional experience in computer programming and/or software development? ☐Yes ☐ No

22. Have you worked in office that provides any kind of professional health care related services? ☐Yes ☐ No

23. Have you ever worked in a health care hospital or independent laboratory, such as Quest or Lab Corp? ☐Yes ☐ No

24. If you do not work outside the home, please give the reason (i.e., homemaker; student; retired; disabled; unable to find work, etc.):

    _____

25. If your spouse/partner works outside the home, what is his/her/their occupation and who is his/her/their employer?

    _____

26. If your spouse/partner does not work outside the home, please give the reason (homemaker; student; retired; disabled; unable to find work):

    _____

27. Have you, any family members or friends ever worked for, or sought employment with, a United States Attorney's Office, or any other office of the United States Government?  ☐Yes   ☐ No

    If YES, who, and which agency?

    _____

28. Do any of you own, have, or had an interest in a small business? ☐Yes   ☐ No

    a. Do you hire an accountant or do own your books?  ☐Yes   ☐ No

    b. Did you incorporate your business? ☐Yes   ☐ No

    c. Have you ever been audited?  ☐Yes   ☐ No

    d. Has any small business you owned ever filed for bankruptcy protection?  ☐Yes   ☐ No

29. Does anyone work in a business that applies for or receives government grants or loans?  ☐Yes   ☐ No

    If yes, which business?

    _____

## EDUCATION

30. What is the highest level of education you have completed?

   a. Elementary School _____   Grade _____
   High School   _____   Grade_____
   Technical or Business School _____
   College _____   2 years _____   4 years _____
   Graduate or Professional School _____

   If you attended school past high school:
   What was your major area of study? _____
   What degrees or certificates did you obtain? _____

   b. Are you presently a student?  ☐Yes   ☐ No
   If yes, describe the course of study and anticipated date of completion.

   _____

31. Do you have any formal education or training in computer programming or software development?  ☐Yes   ☐ No

32. What is your spouse/partner's highest level of education completed?

   _____

## MILITARY EXPERIENCE

33. Have you served in the military?  ☐Yes   ☐ No

   a. If yes, which branch?   _____

   b. Highest rank attained?   _____

   c. Rank at discharge?   _____

   d. What were your dates of service? _____

      e.      Nature of discharge? _____

      f.      What job(s) did you perform in the military?

          _____

      g.      Combat experience?  ☐Yes   ☐ No

      h.      If yes, when and where? _____

34.    If your spouse/partner was in the military during the time of your marriage:

      a.      Which branch? _____

      b.      Highest rank attained? _____

      c.      Rank at discharge? _____

      d.      What were his/her/their dates of service? _____

      e.      Nature of discharge? _____

      f.      What job(s) did he/she perform in the military?

          _____

      g.      Combat experience?  ☐Yes   ☐ No

          If yes, when and where?

          _____

35.    Have you or your spouse/partner ever participated in a military court martial, or served in the military police, or other military law enforcement capacity?  ☐Yes   ☐ No

    If yes, please describe the participation:

You: _____

Spouse/Partner: _____

## **LEGAL SYSTEM EXPERIENCE**

36. If you are chosen to serve as a juror in this matter, the judge will instruct you that the defendant is presumed to be innocent of the charges contained in the indictment and this presumption of innocence can be overcome only if the Government proves - beyond a reasonable doubt - each essential element of the charges contained in the indictment.  There is no burden on the defendant to prove that he is not guilty; the Government must prove he is guilty beyond a reasonable doubt.

    a. Do you understand this rule of law? ☐Yes   ☐ No

    b. Do you understand this constitutional standard of evidence, proof beyond a reasonable doubt in a criminal case, is the highest standard of proof used in the legal system greater than that required in a civil case? ☐Yes   ☐ No

    c. Will you be able to follow this rule of law?  ☐Yes   ☐ No

37. Have you, your spouse/partner, a family member, or close friend ever had an experience with a law enforcement officer in which you (or they) felt you (or they) were treated fairly or unfairly?   ☐Yes   ☐ No

    If yes, please describe the experience:

    _____

    _____

38. Have you, or has any close friend or relative, been the victim of or witness to, any kind of crime, whether it was reported to law enforcement authorities or not (including robbery, burglary, assault, sexual assault, etc.)? ☐Yes   ☐ No

      a.      How did you, or the person close to you, feel about the way the police or law enforcement agency handled the situation?

              _____

      b.      Have you ever made a statement to the police? ☐Yes   ☐ No

      c.      If yes, under what circumstances?

              _____

39.    If there was a court hearing for the case or cases described in the previous question, did you testify in court?   ☐Yes   ☐ No

If yes, how did you feel about the experience of testifying?

_____

_____

40.    Have you or your spouse/partner ever been involved in a lawsuit? ☐Yes   ☐ No

If yes:
a.      What was the suit about? _____

b.      How were you or your spouse/partner involved?

              _____

c.      What were the results?

              _____

d.      Were you or your spouse/partner satisfied with the results? ☐Yes   ☐ No

e.      If not, why not?

              _____

41. Have you, any family members or close friends ever been investigated, charged, arrested, indicted, or convicted of any criminal offense? ☐Yes   ☐ No

    If yes, please give more details about the circumstances:

    a. How did you (or they) feel you (or they) were treated by the police?

    _____

    b. Are there any criminal charges pending against you, your spouse/partner, family member or close friend now? ☐Yes   ☐ No

    If yes, please describe: _____

    _____

    c. As a result of that experience, what feelings or opinions have you formed about the police or the criminal justice system?

    _____

42. Have you, a friend or relative of yours ever been sentenced to time in jail or prison? ☐Yes   ☐ No

    If yes, did you feel the person was fairly treated? ☐Yes   ☐ No

    If no, what did you think was unfair? _____

    _____

43. Would your experience affect your ability to be a fair and impartial juror in this case?   ☐Yes   ☐ No

44. Have you or your spouse/partner ever had to appear in court, or in any court proceeding, as a plaintiff, defendant, victim, or witness for any reason other than you have indicated above? ☐Yes   ☐ No

    If yes, please state when and why: _____

45. As a result of any experience described above, is there anything that would cause you to lean in favor of either the prosecution or the defendant in this case?  ☐Yes   ☐ No

    If yes, please explain: _____

46. Have you ever served:
    As a juror in a civil case?         ☐Yes   ☐ No   Number of times_____
    As a grand juror?                   ☐Yes   ☐ No   Number of times_____
    As a juror in a criminal case?  ☐Yes   ☐ No   Number of times_____

    If you have ever served as a juror in a criminal case, please fill out the following:

    a. In any of the criminal cases, were you the jury foreperson?
       ☐Yes   ☐ No
    b. In any of the criminal cases, did the jury set the penalty?
       ☐Yes   ☐ No

    c. What did you like or dislike about your prior jury service?

       _____

47. Based on your experience as a juror, do you feel the legal system worked to your satisfaction?  ☐Yes   ☐ No

    If no, please explain:

    _____

48. Have you or your spouse/partner had any legal training or ever worked for a lawyer, at a law office, or in any aspect of the legal business?
    ☐Yes   ☐ No

    If yes, please state the involvement:

    _____

49. Have you or your spouse/partner ever filed a grievance or administrative complaint against or with a government or government agency, or a law enforcement officer?  ☐Yes   ☐ No

If you or your spouse/partner has, please describe:

_____

50. Do you know anyone else on the jury panel? ☐Yes   ☐ No
    a. nature of relationship?

    _____

    b. If both of you are selected for this case, will the other persons presence make you less willing to share your views of the case?

    _____

## **PARTIES, JUDGE, ATTORNEYS**

51. Do you know any Assistant United States Attorneys, Assistant State Attorneys or anyone who works for the U.S. Attorney's Office or in any State Attorney's Office? ☐Yes   ☐ No

    If yes, whom do you know and how do you know this person?

    _____

52. Do you know any criminal defense attorneys or anyone who works for a criminal defense lawyer? ☐Yes   ☐ No

    If yes, whom do you know and how do you know this person?

    _____

53. Do you know Jorge Perez, personally or through an acquaintance, or any member of his family? ☐Yes   ☐ No

    If yes, whom do you know and how do you know this person?

    _____

## LAW ENFORCEMENT

54. Have you, or has someone close to you, sought employment or been employed by any law enforcement agency (for example, a police or sheriff's office; a prison, jail, probation department; state attorney; FBI; DEA; HSA, IRS, Inspector General? ☐Yes   ☐ No

    If yes, please list:

    _____

55. Have you, or has someone close to you, ever been employed as an adjustor or investigator- for a private business (i.e., investigator for an insurance company)? ☐Yes   ☐ No

    If yes, please list:

    _____

56. Have you had any training, courses, or work experience in law enforcement, criminal justice, administration of justice, investigation, civil rights, constitutional law, or criminology? ☐Yes   ☐ No

    If yes, please describe:

    _____

57. Have you ever had a favorable or unfavorable experience with a lawyer (including a prosecutor or defense lawyer) or a judge? ☐Yes   ☐ No

    If yes, please explain:

    _____

58. How do you feel about the way the criminal justice system is working in the United States?

    _____

59. How do you feel about the way African American defendants are generally

      treated in the American criminal justice system?

      _____

60. How do you feel about the way public officials charged with a crime are generally treated in the American criminal justice system?

      _____

61. Which of the following best describes your feelings or opinions regarding the police, including federal law enforcement agencies such as the FBI?

      ☐ Very Positive      ☐ Positive      ☐ Somewhat Positive
      ☐ Somewhat Negative      ☐ Negative      ☐ Very Negative

62. Are you aware of any case(s) where you felt the police did not do a thorough job investigating a crime?

      _____

63. What are your feelings or opinions of the Jacksonville Sheriff's Office?

      _____

64. What are your feelings or opinions of your local police department(s)?

      _____

65. What are your feelings or opinions of federal law enforcement agencies (FBI, DEA, etc.)?

      _____

66. In general, do you believe the testimony of a law enforcement officer is: [Please check [x] only one box]

      ☐ Always believable      ☐ More believable than other witnesses
      ☐ Same as any other witness      ☐ Less believable than other witnesses
      ☐ Never believable      ☐ Don't Know / Not Sure

67. How would you view the testimony of a person who has pleaded guilty to a felony and agreed to testify for the government in the hope of receiving a more lenient sentence?

    ☐ Always believable  ☐ More believable than other witnesses
    ☐ Same as any other witness  ☐ Less believable than other witnesses
    ☐ Never believable  ☐ Don't Know / Not Sure

## NATURE OF CRIMES CHARGED AND PRETRIAL PUBLICITY

68. The media generally presents both sides in a criminal case equally.

    ☐ Strongly Agree  ☐ Somewhat Agree  ☐ Agree  ☐ No opinion
    ☐ Disagree  ☐ Somewhat Disagree  ☐ Strongly Disagree

69. Do you feel the media is generally?

    ☐ Pro-Defendant  ☐ Pro-Government  ☐ Unbiased

    What criminal case(s) have you followed in the media, if any?

    _____

70. Jorge Perez and the others are accused in this case of committing crimes such as conspiracy to commit health care fraud, wire fraud, and money laundering. The essence of the charges relates to allegations that he and the others made false representations in the course billing for urine and other laboratory testing to various private insurance companies. Have you heard or read about this case?  ☐ Yes   ☐ No

    a. If yes, what do you remember reading or hearing?

    _____

    b. If yes, what was your reaction to what you heard or read?

    _____

71. Based on what you have been told today or have heard, read, or seen about this case, which of the following best reflects your opinions regarding whether the defendant is guilty or not guilty of these charges:

    ☐ Definitely Guilty ☐ Probably Guilty ☐ Possibly Guilty
    ☐ Definitely Not Guilty ☐ Probably Not Guilty ☐ Possibly Not Guilty
    ☐ None of the above

## **BURDEN OF PROOF/RIGHT TO REMAIN SILENT**

72. A Defendant is innocent unless proven guilty beyond a reasonable doubt.

    ☐ Agree strongly ☐ Disagree Strongly ☐ No Opinion
    ☐ Agree ☐ Disagree ☐ Don't Know

73. If the government charges someone with conspiracy and other charges in Federal Court, that person is probably guilty.

    ☐ Agree strongly ☐ Disagree Strongly ☐ No Opinion
    ☐ Agree ☐ Disagree ☐ Don't Know

74. If a person is brought to trial on conspiracy and other charges in Federal Court, that person is probably guilty.

    ☐ Agree strongly ☐ Disagree Strongly ☐ No Opinion
    ☐ Agree ☐ Disagree ☐ Don't Know

75. A Defendant in a criminal case has the right to remain silent.

    ☐ Agree strongly ☐ Disagree Strongly ☐ No Opinion
    ☐ Agree ☐ Disagree ☐ Don't Know

76. Even though the law says a Defendant has the right to remain silent, an innocent person accused of a crime should testify.

    ☐ Agree strongly ☐ Disagree Strongly ☐ No Opinion
    ☐ Agree ☐ Disagree ☐ Don't Know

77. If the evidence points to a verdict of not guilty and guilty, the verdict should be not guilty.

   ☐ Agree strongly ☐ Disagree Strongly ☐ No Opinion
   ☐ Agree ☐ Disagree ☐ Don't Know

78. In this case, Mr. Perez and the others named in the Indictment are charged health care fraud, wire fraud and money laundering. If the Court instructs you that you must consider the evidence as it applies to each individual, can you follow that instruction? In other words, if you find the evidence convinces you beyond a reasonable doubt one of those charged is guilty of some or all of the charges, does anyone feel that the others must be guilty too?  ☐Yes   ☐ No

79. Does everyone understand and recognize the verdict must be unanimous? ☐Yes   ☐ No

80. Does this concept make anyone uncomfortable? In other words, while the Judge will instruct you that you can and should consider every other jurors' point of view, it does not mean however, that you must give up your own good faith feeling about the evidence just to get the case over with. ☐Yes   ☐ No

81. Does everyone understand this concept?  ☐Yes   ☐ No

## **PERSONAL INFORMATION**

82. Have you or any member of your immediate family ever been treated for substance abuse? ☐Yes   ☐ No

    a. If so, was providing urine samples a routine portion of the treatment? ☐Yes   ☐ No

    b. Was the treatment covered by an insurance plan?  ☐Yes   ☐ No

    c. Did you or any member of the family experience any problems related to the billing for the treatment? ☐Yes   ☐ No

83. Please list the names of all organizations to which you belong, including clubs, unions, societies, fraternal organizations, professional organizations, and churches (this includes groups like Kiwanis, Rotary, Knights of

Columbus, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters, Christian Coalition):

_____

Indicate any leadership positions you hold or have held in any of those organizations (officer, committee chair, etc.)

_____

84. Do you sympathize with any anti-government views expressed by Anti-government groups or organization, such as QAnon?  ☐Yes   ☐ No

    If yes, please elaborate:

    _____

    a.   Pro-government groups or organization?  ☐Yes   ☐ No

    _____

    b.   Do you believe the 2020 presidential election was "stolen" as result of massive election fraud?  ☐Yes   ☐ No

    _____

85. Have you, a family member or close friend ever participated in any group concerned with crime prevention or victims' rights?  ☐Yes   ☐ No

    If yes, what group was it? Describe its purpose and your participation or your family member/friend's participation:

    _____

86. What newspapers, magazines, trade journals or other publications do you read regularly?

    _____

87. What television programs do you watch on a regular basis?

   _____

88. Approximately how many hours a day do you watch television?

   _____

89. What radio programs do you listen to on a regular basis?

   _____

90. Do you listen to talk radio?   ☐ Yes   ☐ No

   If yes, to what talk radio shows do you listen?

   _____

91. What is your primary source of news information? (Mark all that apply)

   _____ Newspapers
   _____ Magazines
   _____ TV
   _____ Radio
   _____ Internet
   _____ Friends, Family, and Acquaintances
   _____ Other (please identify) _____

92. What are your leisure-time activities, hobbies, or interests?

   _____

93. Have you ever had a bumper sticker on your car?  ☐ Yes   ☐ No

   If so, what did it say?

   _____

94. Do you have any physical or mental difficulties or obligations that would make it impossible or unreasonably difficult for you to serve in a trial that may last 4-5 weeks?  ☐ Yes   ☐ No

If yes, please elaborate:

_____

    a.    Do you have difficulty hearing? ☐Yes   ☐ No

    b.    Do you have difficulty seeing? ☐Yes   ☐ No

    c.    Are you taking any medication on a regular basis? ☐Yes   ☐ No

        If yes, please identify _____

    d.    Does the medication affect your ability to see, hear, concentrate, etc.? ☐Yes   ☐ No

        If yes, please explain

_____

95.    Have you, any family members, or any close friends ever undergone counseling, treatment, or hospitalization for psychiatric, psychological, emotional, family, behavioral, or substance abuse problems? ☐Yes   ☐ No

If yes, please explain:

_____

96.    Is there any matter, whether covered by these questions or not, that you feel should be brought to the attention of the court? ☐Yes   ☐ No

If yes, please explain:

_____

97.    This trial could last as long as 4-5 weeks. Jury service of this length is an inconvenience and hardship for virtually every juror. Tell us about any extraordinary hardship jury service in this case might cause you:

_____

_____

        Respectfully submitted,

        **_S:// Thomas M. Bell_**
        THOMAS M. BELL, #0615692
        301 West Bay Street, Suite 1460
        Jacksonville, Florida 32202
        Telephone (904) 354-0062
        Telecopier (904) 353-1315
        tbellesq@bellsouth.net
        *Attorney for Jorge Perez*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 30, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to A. Tysen Duva, AUSA, other counsel of record.

        S:// Thomas M. Bell
        THOMAS M. BELL