UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 3:20-cr-86(S1)-J-TJCJBT

JORGE PEREZ, et al.
_____/

## DEFENDANT JORGE PEREZ' WITNESS LIST

The Defendant, Jorge Perez, by and through the undersigned counsel, hereby notifies the United States of America and the Court that the following witnesses may be called to testify during the trial of this case:

- Ravi Vuppalapu
- Maria Mitchell
- Jose Salazar
- Lolita Velazquez
- Daniel Simao
- Larry Small

Respectfully submitted,

**S:// Thomas M. Bell**
THOMAS M. BELL, #0615692
301 West Bay Street, Suite 1460
Jacksonville, Florida 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Jorge Perez

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 28, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to A. Tysen Duva, AUSA and counsel of record.

                                                       S:// Thomas M. Bell
                                                       THOMAS M. BELL