UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | Case No. 3:20-cr-86(S1)-TJC-JBT |
| Plaintiff, ☐ | | |
| Government ☒ | | ☐ Evidentiary |
| | | ☒ Trial |
| | | ☐ Other |
| v. | | |
| JORGE PEREZ, et al. | | |
| Defendants ☐ | | |

# Witness List

1. Howard Rochay (Florida Blue)

2. Charles Kagey (Florida Blue)

3. Kelly Tobin (UHC)

4. Richard "RB" Harris (Aetna)

5. Theresa Jackson (Aetna)

6. Garrett Shohan (Aetna)

7. Kelley Grayson (Anthem)

8. Wesley Foister (Anthem)

9. Carey Bobbitt (Anthem)

10. James Sherwood (Anthem)

11. Heather Burch (Anthem/RightChoice)

12. James Balcom (Anthem/RightChoice)

13. Andy Young (Availity)

14. Jim Langston (Waystar)

15. Kyle Marcotte

16. David Byrns

17. Nestor Rojas

18. John Skeffington

19. Michelle Jordan

20. Anthony Julaton

21. Brenda Rhodes

22. Gary Ayres

23. Heston Hicks

24. Edith Mears

25. Arceli Encienzo

26. Kathryn Tucker

27. Dr. Emma Wang
28. Dr. Marcus DeCarvalho
29. Dr. Eric Solomon
30. Dr. Mark Hernandez
31. Eladia (Linda) Sullivan
32. John Polanco
33. Kelly Smallwood
34. Lisa Zini
35. Dr. Belinda Fender
36. Gayle Pickens
37. Mona Tague
38. David Basa
39. Yesenia Hidalgo
40. Jorge Aguilar
41. Toney Vicars
42. Dr. Peter Kongstvedt
43. Dr. Corey Waller
44. Missy Parks

45. FBI Forensic Accountant Kimberly Henderson
46. FBI SA Justin Brannon
47. Arthur Simmons
48. Hunter Fuhr
49. Mykelle Johnson
50. Margaret Russell
51. Steven Dompe

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Tysen Duva
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail:   Tysen.Duva@usdoj.gov

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:  /s/ James V. Hayes
JAMES V. HAYES
Senior Litigation Counsel
GARY A. WINTERS
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 598-2382
Email: Gary.Winters@usdoj.gov
            James.Hayes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on April 28, 2022, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

  /s/ Tysen Duva
TYSEN DUVA
Assistant United States Attorney