**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
JACKSONVILLE **DIVISION**

UNITED STATES,

**Plaintiff(s),**
**Government** __X__

**Case No:** 3:02-cr-86-TJC-BT

v.

Sean Porter, et al.,  __X__  **Evidentiary**
**Trial**
**Other**

**Defendant(s),** _____

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | **EXHIBIT LIST** | | |
| 1 | | | | Right Choice PCMH Hospital Agreement (MDFL-0361982) |
| 2 | | | | Pinnacle RGH Reference Lab Agreement (MDFL-0362350) |
| 3 | | | | Pinnacle RGH Lab Agreement (MDFL-0362355) |
| 4 | | | | Pinnacle Recruiting Agreement (MDFL-0362359) |
| 5 | | | | Pinnacle CG Reference Lab Agreement (MDFL-0361578) |
| 6 | | | | HLP PCGH Lab Outreach Agrmt (MDFL-0361968) |

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | | | | FBI FD-302 Heather Burch (DOJCGH-0001673463) |
| 8 | | | | Medicare Claims Processing Manual Excerpts, Chapter 16-Lab Services |
| 9 | | | Sean Porter | PCMH Certificate from American Association of Bioanalysts |
| 10 | | | Sean Porter | 2015 PCMH Total Test Volume for CLIA |
| 11 | | | Sean Porter | 2015 PCMH Monthly Testing Spreadsheet |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on April 28, 2022, a true and correct copy of the foregoing Exhibit List was filed with the Clerk of Court by using CM/ECF system, which will send notice of the electronic filing to all counsel of record in this matter.

          **ROWLAND LAW, LLC**

          _/s/ Caleb D. Rowland_
          Caleb D. Rowland, Esquire
          Florida Bar No.: 49936
          2130 Riverside Avenue
          Jacksonville, Florida 32204
          Tel: (904) 667-4434
          Email: crowland@rowlandlawfirm.net
          Service: service@rowlandlawfirm.net
          Attorney for Defendant Sean Porter