**UNITED STATES DISTRCT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**                    **CASE NO.: 3:20-cr-00086**

v.

**JORGE PEREZ,**
**RICARDO PEREZ,**
**SETH GUTERMAN,**
**AARON DURALL**
**JAMES F. PORTER, JR.,**
**SEAN PORTER,**
**CHRISTIAN FLETCHER,**
**NEISHA ZAFFUTO,**
**AARON ALONZO, AND**
**NESTOR ROJAS**
    **Defendants.**
_____/

**DEFENDANT SEAN PORTER'S**
**APPLICATION FOR ISSUANCE OF COMPLETED SUBPOENAS,**
**ORDER DIRECTING SERVICE BY THE U.S MARSHAL'S OFFICE, AND ORDER**
**AUTHORIZING WITNESS TRAVEL COSTS**

      **COMES NOW**, the Defendant, SEAN PORTER ("Defendant"), by and through the undersigned counsel, and pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, hfiles this *ex parte (in camera)* application for the issuance of completed subpoenas to the individuals listed below and an order directing the U.S. Marshal's Office to serve those subpoenas. As grounds for this application, Defendant states as follows:

      1.    Defendant is accused of one count of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. §1956(h) (Count 8 of Government's *Superseding Indictment*) and two (2) substantive counts of Money Laundering in violation of 18 U.S.C. §1957(a) (Counts 16 and 22 of Government's *Superseding Indictment*).

      2.    Defendant was declared indigent and counsel was appointed to represent him

pursuant to 18 USC §3006 on February 18, 2022 (Doc. 517). Trial is scheduled to begin on May 9, 2022.

3. Defendant moves for an order directing the Clerk's Office to issue completed subpoenas for the following individuals:

    a. Robert Schwinger, 4800 Deerwood Campus Parkway, Jacksonville, Florida 32246;

    b. Nancy Oser (currently attempting to locate physical address—will update once located),

    c. Rachel Wolk (has agreed to accept electronic service—still need trial subpoena)

4. Mr. Schwinger is the former case agent who investigated most of the case against Defendant (and the other named defendants in this matter). He mas material knowledge as to the minute details and intricacies of the investigation, including the acts and omissions of the alleged "victims," the various private insurers who paid out allegedly fraudulent claims on which the *Superseding Indictment* is based. Ms. Oser is a Senior SIU specialist with Anthem, with critical information as to how the billing codes were created which form one basis for the alleged health care fraud listed in the *Superseding Indictment*. Ms. Wolk is employed by OfficeAlly, will authenticate the documents they produced, and testify as to how claims information is stored in OfficeAlly's systems.

5. Defendant further moves the Court to order the U.S. Marshal's Office serve the subpoenas issued for Mr. Schwinger and Ms. Oser (upon location of physical address for her). Ms. Wolk has agreed to accept electronic service of the trial subpoena through undersigned counsel.

6. Additionally, Defendant moves this court to approve travel costs for Ms. Wolk for her testimony at trial from Vancouver, Washington (or the surrounding area) to Jacksonville, Florida, and to authorize the Government to arrange for such travel.

## MEMORANDUM OF LAW

Rule 17(b) of the Federal Rules of Criminal Procedure provides the Court "must order that a subpoena be issued for a named witness if the Defendant shows an inability to pay the witness's fees and the necessity of the witness's presence for an adequate defense." As Defendant has been declared indigent for both attorney's fees and costs, the government should provide travel costs for any witnesses outside of the local area, as Defendant cannot afford such costs himself. Respectfully submitted this 2nd day of May, 2022.

                                                  **ROWLAND LAW, LLC**

                                                  _/s/   Caleb D. Rowland_
                                                  Caleb D. Rowland, Esquire
                                                  Florida Bar No.: 49936
                                                  2130 Riverside Avenue
                                                  Jacksonville, Florida 32204
                                                  Tel: (904) 667-4434
                                                  Email: crowland@rowlandlawfirm.net
                                                  Service: service@rowlandlawfirm.net
                                                  Attorney for Defendant Sean Porter

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on May 2, 2022, a true and correct copy of the foregoing motion was filed with the Clerk of Court by using CM/ECF system, which will send notice of the electronic filing to all counsel of record in this matter.

                                                  **ROWLAND LAW, LLC**

                                                  _/s/   Caleb D. Rowland_
                                                  Caleb D. Rowland, Esquire