UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:20-cr-86(S1)-J-TJC-JBT

JORGE PEREZ, et al.
_____/

**DEFENDANT JORGE PEREZ' AMENDED EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Exhibit |
|---|---|---|---|---|
| 1 | | | Larry Small | Medicare Claims Processing Manual, Chapter 16, §§ 10, 10.1, 10.2, 30.3, 40.1, 40.3, 40.3.1, and 50.3.2. |
| 2a | | | Gary Ayers/Edith Mears | Campbellton-Graceville Hospital CLIA (Production 1, Vol. 9) |
| 2b | | | Arceli Encienzo/Ravi Vuppalapu | Regional General Hospital CLIA (Middle District-0348795-880) |
| 2c | | | Gayle Pickens | Putnam County Memorial Hospital CLIA |
| 3a | | | Gary Ayers/Edith Mears | Campbellton-Graceville Hospital Photos |
| 3b | | | Ravi Vuppalapu/Maria Mitchell | Regional General Hospital Photos |
| 3c | | | Gayle Pickens/ | Putnam County Memorial Hospital Photos |

|  |  |  |  |  |
|---|---|---|---|---|
| 4 |  |  | Jose Salazar | JVS contract with Empower (JVS-117-120) |
| 5 |  |  | Heather Burch | Heather Burch Email (DOJCGH-151873-74) |
| 6a |  |  |  | Campbellton-Graceville Hospital 837i's (thumb drive) |
| 6b |  |  |  | Regional General Hospital 837i's (thumb drive) |
| 6c |  |  |  | Putnam County Memorial Hospital 837i's (thumb drive) |
| 7 |  |  |  | Blank UB-04 Form |
| 8 |  |  |  | Blank Form 1500 |
| 9a |  |  |  | UB-04/ Example Patient A |
| 9b |  |  |  | UB-04/ Example Patient B |
| 9c |  |  |  | UB-04/ Example Patient C |
| 9d |  |  |  | UB-04 Example Patient D |
| 9e |  |  |  | UB-04 Example Patient E |
| 10a |  |  | Daniel Simao | LIS System Data, Campbellton-Graceville Hospital (thumb-drive) |
| 10b |  |  | Daniel Simao | LIS System Data, Regional General Hospital (thumb-drive) |
| 10c |  |  | Daniel Simao | LIS System Data, Putnam County Memorial Hospital (thumb-drive) |
| 11 |  |  | Daniel Simao | LIS System Operating Manual |

| | | | | |
|---|---|---|---|---|
| 12 | | | | Summary Chart(s) LIS Tests Per Hospital |
| 13 | | | | Summary Chart(s) Crosswalk 837i/Insurance Co. Spreadsheet |
| 14 | | | | 2018 Tangible Tax Return for Regional Health Partners, LLC |

Respectfully submitted,

**_S:// Thomas M. Bell_**
THOMAS M. BELL, #0615692
301 West Bay Street, Suite 1460
Jacksonville, Florida 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Jorge Perez

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 12, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to A. Tysen Duva, AUSA and counsel of record.

S:// Thomas M. Bell
THOMAS M. BELL