# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.                    CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
| | Seth Schwartz (James F. Porter, Jr.) |
| | Caleb D. Rowland (Sean Porter) |
| | Steven H. Sadow (Christian Fletcher) |
| | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Darcy Galnor (Aaron Alonzo) |

## HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Kerri Hatfield         Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF JURY TRIAL (Day Four):**

**Government's Exhibits:** 25K, 1E, 1F, 1E(1), 1F(1), 1T, 1T(1), 1U, 1V, 1JJ, 1II, 37, 55, 32, 44B

**Government's Witnesses:** Kelly Tobin, Howard Rochay, Charles Kagey, Andrew Young, Michelle Jordan

**Defendant's Exhibits:**
        Defendant Durall - 2, 10A, 10E, 9D,9H, 9I,
        Defendant Fletcher - 22, 23, 24,

Jury recessed, to report back at 8:45 a.m. on May 13, 2022.

**DATE:** May 12, 2022        **TIME:** 9:00 a.m. – 4:57 p.m.
        (Recess 12:42 p.m - 1:54 p.m.)