UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:20-CR-86-TJC-JBT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AARON DURALL, *et al.*

        Defendants.

_____/

**UNOPPOSED MOTION FOR WITHDRAWAL OF
CARMEN ORTEGA-RIVERO, ESQ. AS COUNSEL
FOR NON-PARTY UNITED HEALTHCARE, INC.**

Pursuant to M.D. Fla. Local Rule 2.02(c), Non-Party United HealthCare, Inc. ("United"), files this motion for withdrawal of Carmen Ortega-Rivero, Esq., as counsel of record for United. In support thereof, United states:

1. On October 21, 2021, Ms. Ortega-Rivero appeared as one of the attorneys for United in this action. (ECF No. 434).

2. Ms. Ortega-Rivero resigned from her employment at Akerman LLP effective Friday, May 12, 2022. United thus files this Motion through Ms. Ortega-Rivero and on her behalf, seeking leave of the Court for Ms. Ortega-Rivero to withdraw from representation of United in this action.

63516065;1

3. United will continue to be represented in this action by Ferdose al-Taie, Esq. and Irene Bassel Frick, Esq. of Akerman LLP.

4. Pursuant to Local Rule 2.02(c), Ms. Ortega-Rivero certifies that she provided United with fourteen days' notice regarding Ms. Ortega-Rivero's intention to withdraw as counsel for United and/or that they consent to her withdrawal as counsel.

5. As United continues to have representation in this matter by Ms. Al-Taie and Ms. Frick, the withdrawal of Ms. Ortega-Rivero will neither prejudice any party nor cause any delay.

## MEMORANDUM OF LAW

Local Rule 2.02(c) requires any attorney who has made a general appearance in an action to seek written leave of the Court to withdraw as counsel. The rule further provides that fourteen days' notice be provided to the client or that the client consents to the withdrawal. Here, as a result of the change in Ms. Ortega-Rivero's employment, leave of Court is sought for Ms. Ortega-Rivero's withdrawal from representation of United, and the required fourteen days' notice to United has been provided and/or their consent obtained. United therefore respectfully requests that the Court grant Ms. Ortega-Rivero leave to withdraw.

**WHEREFORE,** United respectfully requests that the Court enter an order granting Carmen Ortega-Rivero, Esq. leave to withdraw as counsel, and for such further relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certifies that United's counsel conferred with the government and counsel for the Defendants with regard to this Motion, who have no opposition to this Motion.

Dated: May 13, 2022  Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone:  (305) 374-5600
Facsimile:   (305) 374-5095

By: */s/ Carmen Ortega-Rivero*
**Carmen Ortega-Rivero, Esq.**
Florida Bar No. 1025996
carmen.ortega-rivero@akerman.com
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600

and

**Ferdose al-Taie, Esq.** (*pro hac vice*)
District of Columbia Bar No. 467730
Maryland Bar No. 112110013
Texas Bar No. 24106644
Ferdose.al-taie@akerman.com
2001 Ross Ave., Suite 3600

Dallas, Texas 75201
Telephone: (214) 720-4308
Facsimile: (214) 981-9339

and

**Irene Bassel Frick, Esq.**
Florida Bar No. 0158739
irene.basselfrick@akerman.com
**AKERMAN LLP**
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for United HealthCare, Inc.*