UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.                    CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
| | Seth Schwartz (James F. Porter, Jr.) |
| | Caleb D. Rowland (Sean Porter) |
| | Steven H. Sadow (Christian Fletcher) |
| | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Darcy Galnor (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield          Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

**Government's Exhibits:** 2, 3, 4, 5, 6, 25E (1-8), 25F (1-8), 25G (1-10), 25H (1-8), 25J, 25L, 25M, 25N, 25O, 25P, 27II, 27A, 27C, 27D, 27E, 27F, 27G, 27H, 27B, 26K, 27I, 26L, 26J, 27KK, 26M, 27J, 27K, 27L, 27JJ, 27M, 27N, 27O, 27P, 27Q, 27R, 27S

**Government's Witnesses:** Arlene Gayle Pickens, Arthur Simmons, Melissa Parks, David Byrns

**Defendant's Exhibits:**
        Fletcher – 11, 56, 57, 12,
        J. Porter, Jr. – 50,
        J. Perez – 21,

**Defense Witnesses:**
        J. Perez -Ravi Vuppalapu,

Jury recessed, to report back at 8:45 a.m. on June 13, 2022.

Motion for Addition Expert Disclosure Regarding Defense Witness Dr. Michael F. Arrigo (Doc. 678) is **DENIED**.

Motion to Quash Trail Subpoenas to Northern District of Georgia AUSAs Steve McClain, Chris Huber, and Randy Chartash (Doc. 713) is **GRANTED**. Subpoenas are quashed.

**DATE:** June 10, 2022         **TIME:** 8:47 a.m. –4:27 p.m.
        (Recess 12:30 p.m. – 1:42 p.m.)