UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ

## VERDICT

1. With regard to Count One of the Indictment, which charges Conspiracy to Commit Health Care Fraud and Wire Fraud, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____     GUILTY __X__

If you found JORGE PEREZ not guilty of Count One, skip the next question and proceed to consider Count Two below.

If you found JORGE PEREZ guilty of Count One, answer this question: We, the Jury, unanimously find the following to be the Object of the Conspiracy (choose one):

_____ Health Care Fraud

_____ Wire Fraud

__X__ Both Health Care Fraud and Wire Fraud

2. With regard to Count Two of the Indictment, which charges Health Care Fraud, we, the Jury, find JORGE PEREZ:

NOT GUILTY \_\_\_\_\_   GUILTY __X__

3. With regard to Count Three of the Indictment, which charges Health Care Fraud, we, the Jury, find JORGE PEREZ:

NOT GUILTY \_\_\_\_\_   GUILTY __X__

4. With regard to Count Four of the Indictment, which charges Health Care Fraud, we, the Jury, find JORGE PEREZ:

NOT GUILTY \_\_\_\_\_   GUILTY __X__

5. With regard to Count Five of the Indictment, which charges Health Care Fraud, we, the Jury, find JORGE PEREZ:

NOT GUILTY \_\_\_\_\_   GUILTY __X__

6. With regard to Count Six of the Indictment, which charges Health Care Fraud, we, the Jury, find JORGE PEREZ:

NOT GUILTY \_\_\_\_\_   GUILTY __X__

7. With regard to Count Eight of the Indictment, which charges Conspiracy to Commit Money Laundering, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____   GUILTY __X__

8. With regard to Count Eleven of the Indictment, which charges Money Laundering, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____   GUILTY __☒__ (OK)

9. With regard to Count Thirteen of the Indictment, which charges Money Laundering, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____   GUILTY _____

10. With regard to Count Fourteen of the Indictment, which charges Money Laundering, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____   GUILTY _____

11. With regard to Count Seventeen of the Indictment, which charges Money Laundering, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____   GUILTY _____

12. With regard to Count Nineteen of the Indictment, which charges Money Laundering, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____   GUILTY _____

13. With regard to Count Twenty of the Indictment, which charges Money Laundering, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____   GUILTY _____

14. With regard to Count Twenty-One of the Indictment, which charges Money Laundering, we, the Jury, find JORGE PEREZ:

NOT GUILTY _____   GUILTY _____

SO SAY WE ALL,

_____         \_\_6/27/2022_____
FOREPERSON'S SIGNATURE                     DATE