UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 3:20-cr-86-MMH-JBT

JORGE PEREZ
_____ /

**[OWNER OF RECORD: JORGE PEREZ & LIANSY C. CARBONELL, for a joint life estate, with a reminder to Christina Ada Perez and Elizabeth Estrella Perez, as joint tenants with the right of survivorship]**

**GOVERNMENT'S SECOND RENEWAL NOTICE OF *LIS PENDENS*** [1]

NOTICE IS HEREBY GIVEN that on October 7, 2020, the United States of America filed a Superseding Indictment in the United States District Court, Middle District of Florida, Jacksonville Division, between the parties named in the above referenced action.   This action remains pending.

The United States of America is seeking to forfeit the real property located at 96000 Overseas Highway, Unit M-4, Key Largo, Monroe County, Florida 33037, including all improvements thereon and appurtenances thereto, being the same premises conveyed to Jorge Perez and Liansy C. Carbonell, for a joint life estate, with a remainder to Christina Ada Perez and Elizabeth Estrella Perez, as joint tenants with the right of survivorship, on March 31, 2017, by virtue of that Trustee's

---

[1] This notice renews the Government's Notice of Lis Pendens (Doc. 125) recorded in the Official Records of Monroe County, Florida on July 9, 2020, Doc. No. 2272581, BK 3031, Page 183, and the Government's Renewal Notice of Lis Pendens (Doc. 350) recorded in the Official Records of Monroe County, Florida on July 7, 2021, Doc. No. 2328938, BK 3110, Page 1901.

Deed recorded on April 6, 2017 in the public records of Monroe County, Florida, Doc. No. 2117724, Book 2847, Page 2143, the legal description for which is as follows:

> Unit No. M-4 of Buttonwood Bay No. 7, a Condominium, according to the Declaration of Condominium recorded in Official Records Book 582, Page 803, and all exhibits and Amendments thereof, Public Records of Monroe County, Florida.

The United States seeks forfeiture of the above referenced real property, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(7) and 18 U.S.C. § 982(a)(1).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture.   Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court,

Middle District of Florida, U.S. Federal Courthouse, 300 N. Hogan Street, Jacksonville, Florida 32202-4270.

                                         Respectfully submitted,

                                         ROGER B. HANDBERG
                                         United States Attorney

By:   *s/Mai Tran*
       MAI TRAN
       Assistant United States Attorney
       Florida Bar No. 100982
       300 North Hogan Street, Suite 700
       Jacksonville, Florida 32202-4270
       Telephone: (904) 301-6300
       Facsimile: (904) 301-6310
       E-mail: mai.tran2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                         *s/Mai Tran*
                                         MAI TRAN
                                         Assistant United States Attorney