**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                           Case No. 3:20-cr-86-TJC-JBT

AARON DURALL, et al.

## O R D E R

All of the jurors, including alternates, on the above styled case will be held in partial sequestration while the jury is deliberating. As such, the Clerk of Court is directed to procure meals and beverages for the semi-sequestered jurors during the length of the deliberation process.

**DONE AND ORDERED** in Jacksonville, Florida on March 20, 2023.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Chief United States District Judge

Copies:

Clerk of Court