**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO. 3:20-cr-86-TJC-JBT

JORGE PEREZ
RICARDO PEREZ

_____

## O R D E R

On June 27, 2022, defendants Jorge Perez and Ricardo Perez were found guilty by a jury on seven counts of the Superseding Indictment. No verdict was reached as to the remaining counts. The Court is preparing to set a sentencing date for all defendants who either pleaded guilty or were convicted, likely for August 22nd and 23rd, 2023.

Accordingly, it is hereby

**ORDERED:**

No later than **April 14, 2023**, the government shall file a notice regarding prosecution of Jorge and Ricardo Perez on the remaining counts.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of March, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

kh
Copies:
Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendants

Kyle Marcotte
117 Charles RH
New York, NY 10014

Henry M. Coxe, Esq.
Allan F. Brooke, Esq.
Bedell, Dittmar, DeVault, Pillans & Coxe, PA
101 E Adams St
Jacksonville, FL 32202

David Lane Byrns
6404 NW 43rd Ter
Coconut Creek, FL 33073

John Justin Johnston
Johnston Law Firm, LLC
811 Grand Blvd., Suite 101
Kansas City, MO 64106

Jesse Nolan Dreicer
Tassone, Dreicer, & Hill
1833 Atlantic Blvd
Jacksonville, FL 32207