UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

AARON DURALL, et al.

UNITED STATES OF AMERICA

v.  Case No. 3:19-cr-166-TJC-JRK

DAVID BYRNS

UNITED STATES OF AMERICA

v.  Case No. 3:19-cr-113-TJC-JBT

KYLE MARCOTTE

**UNITED STATES' NOTICE REGARDING
PROSECUTION OF JORGE AND RICARDO PEREZ
<u>ON THE REMAINING COUNTS</u>**

The Government, pursuant to this Court's Order entered on March 30, 2023 (Doc. 1009) in Case No. 3:20-cr-86-TJC-JBT, provides Notice to the Court and Defendants Jorge and Ricardo Perez that the Government does not intend to re-try the remaining counts on which the jury rendered no verdict. The Government intends to dismiss those counts at sentencing or when the Court designates.

The Government also took notice of the Court's proposed dates of August 22 and 23, 2023 to sentence all related defendants who pled guilty or were convicted at

trial. Due to the number of counsel involved and potential conflicts, the Government suggests a telephone status hearing to coordinate contiguous sentencing dates. One Government counsel (Gary Winters) has a final pretrial conference scheduled on August 22 in Los Angeles, with a two-week trial scheduled to commence on September 5. Furthermore, Mr. Winters anticipates being out of the country from August 9 through August 20.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Tysen Duva*
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
E-mail: Tysen.Duva@usdoj.gov

GLENN S. LEON

CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: */s/ Gary A. Winters*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
GARY A. WINTERS (FL Bar # A5501852)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005

2

Tel: (202) 598-2382<br>
Email: Gary.Winters@usdoj.gov<br>
James.Hayes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on April 14, 2023, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

<i>/s/ Tysen Duva</i><br>
Tysen Duva<br>
Assistant United States Attorney