UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                      Case No. 3:20-cr-86-TJC-SJH

JORGE PEREZ and
RICARDO PEREZ

## NOTICE OF PUBLICATION

The United States of America hereby advises the Court that notice of this criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 15, 2024. *See* Attachment 1. Federal Rule of Criminal Procedure 32.2(b)(6)(C) incorporates the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, as the means of publication in a criminal forfeiture case.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:    *s/Anita M. Cream*
ANITA M. CREAM
Assistant United States Attorney
Florida Bar Number 56359
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: anita.cream@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

<u>s/ Anita M. Cream</u><br>
ANITA M. CREAM<br>
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION
# COURT CASE NUMBER: 3:20-CR-86-TJC-SJH; NOTICE OF FORFEITURE

Notice is hereby given that on November 06, 2024, in the case of <u>U.S. v. JORGE PEREZ and RICARDO PEREZ</u>, Court Case Number 3:20-CR-86-TJC-SJH, the United States District Court for the Middle District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

Approximately $246,546.95 from the sale of the real property located at 96000 Overseas Highway, Unit W-31, Key Largo, Florida 33037 (20-FBI-004068)

The real property located at 13820 SW 142 Avenue, Miami, Florida 33186, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Condominium Unit No. 13820, of Tamiair Park Condominium No. 1, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 11140, Page 905, of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto.

Titled Owner: Empower Investment Group LLC.
(20-FBI-004070)

The real property located at 15434 SW 175 Street, Miami, Florida 33187, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 14, in Block 25, of VENETIAN PARC WEST, according to the Plat thereof, as recorded in Plat Book 170, Page 27, of the Public Records of Miami-Dade County, Florida.

Titled Owner: Jorge E. Perez and Ricardo J. Perez with the right of survivorship.
(20-FBI-004072)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (November 15, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, United States District Court, 300 North Hogan Street, Suite 9-150, Jacksonville, FL 32202, and a copy served upon Assistant United States Attorney Anita Cream, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202.

The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Anita Cream, 300 North Hogan Street, Suite 700, Jacksonville, FL  32202.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 15, 2024 and December 14, 2024. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. JORGE PEREZ and RICARDO PEREZ

**Court Case No:** 3:20-CR-86-TJC-SJH
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/15/2024 | 23.9 | Verified |
| 2 | 11/16/2024 | 23.9 | Verified |
| 3 | 11/17/2024 | 24.0 | Verified |
| 4 | 11/18/2024 | 23.9 | Verified |
| 5 | 11/19/2024 | 24.0 | Verified |
| 6 | 11/20/2024 | 24.0 | Verified |
| 7 | 11/21/2024 | 23.9 | Verified |
| 8 | 11/22/2024 | 24.0 | Verified |
| 9 | 11/23/2024 | 23.9 | Verified |
| 10 | 11/24/2024 | 23.9 | Verified |
| 11 | 11/25/2024 | 23.9 | Verified |
| 12 | 11/26/2024 | 23.9 | Verified |
| 13 | 11/27/2024 | 23.9 | Verified |
| 14 | 11/28/2024 | 23.9 | Verified |
| 15 | 11/29/2024 | 23.9 | Verified |
| 16 | 11/30/2024 | 23.9 | Verified |
| 17 | 12/01/2024 | 24.0 | Verified |
| 18 | 12/02/2024 | 23.9 | Verified |
| 19 | 12/03/2024 | 23.9 | Verified |
| 20 | 12/04/2024 | 23.8 | Verified |
| 21 | 12/05/2024 | 24.0 | Verified |
| 22 | 12/06/2024 | 23.9 | Verified |
| 23 | 12/07/2024 | 24.0 | Verified |
| 24 | 12/08/2024 | 24.0 | Verified |
| 25 | 12/09/2024 | 23.9 | Verified |
| 26 | 12/10/2024 | 23.9 | Verified |
| 27 | 12/11/2024 | 23.9 | Verified |
| 28 | 12/12/2024 | 23.9 | Verified |
| 29 | 12/13/2024 | 24.0 | Verified |
| 30 | 12/14/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.