UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE
DIVISION

UNITED STATES OF AMERICA,

V.  CASE NO. 3:20-CR-86(S1)-TJC-JBT

JORGE PEREZ
RICARDO PEREZ

    DEFENDANTS.

### PETITION FOR REMISSION OR MITIGATION OF FORFEITURE

STATE OF FLORIDA    )
                               ) ss
COUNTY OF MIAMI-DADE)

1. Pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(c), and 21 U.S.C. § 853(n), Petitioner BUTTONWOOD BAY CONDOMINIUM ASSOCIATION, INC., A CONDOMINIUM ASSOCIATION, which claims a legal interest in the forfeited property, hereby files its *Petition for Remission or Mitigation of Forfeiture* in response to its receipt of Plaintiff's Notice of Forfeiture and Preliminary Order of Forfeiture for Proceeds and for Direct and Substitute Assets, ("Order of Forfeiture") filed in the instant action [Doc #399].

2. Per the Order of Forfeiture and pursuant to Federal Rule of Criminal Procedure 32.2(c), Petitioner hereby asserts an interest in the Subject Property, and pursuant to 21 U.S.C. § 853(n)(3) sets forth the nature and extent of the Petitioner's right, title, or interest in the Subject Property, any additional facts supporting the Petitioner's claim, and the relief sought, as follows:



LAW OFFICES
BECKER & POLIAKOFF, P.A.
1 EAST BROWARD BLVD., SUITE 1700 • FORT LAUDERDALE, FL 33301
TELEPHONE Broward: (954) 985-4102 • Miami-Dade / Keys: (305) 260-1021 • Palm Beach / Treasure Coast: (561) 820-2887
26026621v.1 B02391/423582

CASE NO. 3:20-CR-86(S1)-TJC-JBT
PETITION FOR REMISSION OR MITIGATION OF FORFEITURE

a. Petitioner is Buttonwood Bay Condominium Association, Inc., a Condominium Association, and a Florida Corporation, not-for-profit, operating pursuant to the provisions of Chapter 718, Florida Statutes. Petitioner is doing business in Monroe County, Florida, and has the address 96000 Overseas Highway, Key Largo, FL 33027-2131.

b. Petitioner's Tax Identification Number is 59- 1521503.

c. The real property affected by the Order of Forfeiture is identified by the address 96000 Overseas Highway, No. M4, Key Largo, FL 33037 ("Subject Property"), having the legal description:

*Unit No. M-4 of Buttonwood Bay No. 7, a Condominium, according to the Declaration of Condominium recorded in Official Records Book 582, Page 803, and all exhibits and amendments thereof, Public Records of Monroe County, Florida.*

d. Petitioner is governed by the governing documents of the Association, including but not limited to the *Declaration of Condominium of Buttonwood Bay No. 7 Condominium, A Condominium*, (the "Declaration"), recorded June 26, 1974 in the Official Records of Monroe County, Florida, at Book 582, Page 803, and all subsequent mergers and amendments thereto. A true and correct copy of the Declaration is attached hereto as **Exhibit "A."**

e. By virtue of a Quit Claim Deed recorded in Official Records of Monroe County, Florida, on July 15, 2024, at Book 3284 Page 1737, the Subject Property is subject to covenants, restrictions, and easements of record, including the governing documents of the Petitioner.

f. Chapter 718, Florida Statutes and the Declaration entitle the Petitioner to make, levy, and collect amounts due from property owners, including but not limited to assessments, fees and charges for the common expenses, including the operation, maintenance, repair, replacement, or protection of the common elements and association property, among other amounts and for other purposes.

g. Buttonwood Bay Condominium Association, Inc. is owed delinquent condominium assessments, interest, expenses, costs, late charges and attorney's fees, secured by a recorded Claim of Lien against the Subject Property, as itemized in **Exhibit "B."**

h. Florida Statutes Sections 718.115, 718.116, 718.121 and 718.303 expressly provide the Petitioner's Claim of Lien shall secure all unpaid assessments, interest, costs and attorney's fees which are due. See Attached **Exhibit "C"**.

i. Article XVI of the Declaration expressly provides that the Petitioner's Claim of Lien secures all assessments, interest, costs, late charges and attorney's fees. Attached hereto as Exhibit "A" is a true and correct copy of Article XVI of the Declaration of Condominium.

    j.    Petitioner's Claim of Lien was recorded on November 7, 2024, and affects the Subject Property located in Monroe County, Florida. It can be found in the Public Records of Monroe County, Florida, in Official Records Book 3299, at Page 334. A true and correct copy of the Claim of Lien is attached hereto and expressly made a part hereof as **Exhibit "D"**.

    k.    As of the date of recording of the Claim of Lien, Petitioner was owed $24,689.63 for regular and unpaid assessments, not including interest, costs, late charges, and attorneys' fees incurred in the furtherance of collection of the unpaid assessments. Regular assessments continue to accrue on a monthly basis at a rate of $1,384.09 along with a special assessment installment in the amount of $296.91 for the Petitioner's budget year of 2024. Assessments and interest continue to accrue on the Subject Property at a rate and frequency for 2025 as determined by the Board of Directors of Buttonwood Bay Condominium Association, Inc.

3.    Except to the degree that Petitioner's interest is secured by its Claim of Lien, the Petitioner does not object to the sale or otherwise disposition of the Subject Property by Plaintiff.

WHEREFORE, Petitioner respectfully requests that this Court determine Petitioner's entitlement to relief sought in this Petition, determine the amount due to Petitioner if any, reserve sufficient funds for the satisfaction of Petitioner's Claim of Lien from the proceeds of any sale of the Subject Property, and award such other and further relief as this Court deems just and proper.

CASE NO. 3:20-CR-86(S1)-TJC-JBT
PETITION FOR REMISSION OR MITIGATION OF FORFEITURE

FURTHER AFFIANT SAYETH NAUGHT.

BEFORE ME, the undersigned authority, personally appeared **Carolyn C. Meadows** this **27th day of January, 2025**, by means of ☐ physical presence or ☒ online-notarization. Affiant is ☒ personally known to me ☐ or produced _____ as identification and who, after being duly sworn, acknowledges before me that the statements contained in the following Affidavit are within their personal knowledge and are true and correct. I declare, under penalty of perjury that the foregoing is true and correct.

_____
Affiant's Signature

JESSENIA J. HERNANDEZ
Notary Public, State of Florida
My Comm. Expires Sep 11, 2028
Commission No. HH 592392

_____
NOTARY PUBLIC, STATE OF FLORIDA

_____
Printed Name of Notary Public
My Commission Expires:

Notarial Act Performed by Audio visual communication

Copies served by electronic mail and/or first-class U.S. Mail to:

**Clerk**
**United States District Court**
**Middle District of Florida**
300 N. Hogan Street, Suite 9-150
Jacksonville FL 32202

**Anita M.Cream**
**Assistant United States Attorney**
400 North Tampa Street
Suite 3200
Tampa FL 33602

**Jorge Perez**
96000 Overseas Highway
Unit M-4
Key Largo FL 33037

**Ricardo Perez**
96000 Overseas Highway
Unit M-4
Key Largo FL 33037