UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86(S1)-TJC-JBT

JORGE PEREZ
RICARDO PEREZ

## NOTICE OF FORFEITURE

*VIA FEDERAL EXPRESS NO. 770987234900*
*AND REGULAR U.S. MAIL*

TO: Buttonwood Bay Condominium Association, Inc
     c/o Becker & Poliakoff, PA, Registered Agent
     2525 Ponce De Leon Blvd., Suite 825
     Coral Gables, FL 33134

Notice is hereby given that on November 6, 2024, in the case of *United States v. Jorge Perez and Ricardo Perez,* Case No. 3:20-cr-86(S1)-TJC-JBT, the United States District Court for the Middle District of Florida entered a Preliminary Order of Forfeiture for Proceeds and for Direct and Substitute Assets condemning and forfeiting to the United States of America the following asset:

> The real property located at 96000 Overseas Highway, Unit M-4, Key Largo, Monroe County, Florida 33037, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Unit No. M-4 of Buttonwood Bay No. 7, a Condominium, according to the Declaration of Condominium recorded in Official Records Book 582, Page 803, and all exhibits and Amendments thereof, Public Records of Monroe County, Florida.
>
> (Asset ID: 20-FBI-004069)

Our records reflect that you may have an interest in the subject property. The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(c), and 21 U.S.C. § 853(n), if you have, or claim, a legal interest in the forfeited property, within 30 days of your receipt of this notice you must file a petition with the **Clerk, United States District Court, Middle District of Florida, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202.** You must sign the petition under penalty of perjury, and you must set forth the nature and extent of your right, title or interest in the forfeited property, any additional facts supporting your claim, and the relief you seek.

A copy of any such petition is to be served on **Anita M. Cream, Assistant United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.** The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746. The regulations pertaining to remission or mitigation of the forfeiture are 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R § 9.5(b). The petition for

remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date you receive this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to **Anita M. Cream, Assistant United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602**. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file the ancillary petition with the District Court and/or submit your petition for remission or mitigation with the United States Attorney's Office, Attn: **Anita M. Cream**.

If you fail to file a petition with the Court within 30 days of this notice any interest, you may have in the property shall be lost and forfeited to the United States.

Dated: December 23, 2024.    ROGER B. HANDBERG
United States Attorney

By:    *s/Anita M. Cream*
ANITA M. CREAM
Assistant United States Attorney
Florida Bar Number 56359
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:20-cr-86(S1)-TJC-JBT

JORGE PEREZ
RICARDO PEREZ

## ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF FORFEITURE

TO:  Anita M. Cream
     Assistant United States Attorney
     United States Attorney's Office
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602

In the action styled *United States v. Jorge Perez and Ricardo Perez,* Case No. 3:20-cr-86(S1)-TJC-JBT, United States District Court for the Middle District of Florida, **Becker & Poliakoff, PA, Registered Agent for Buttonwood Bay Condominium Association, Inc.** hereby acknowledges receipt of a copy of a Notice of Forfeiture (Federal Express No. 770987234900) along with a copy of the Preliminary Order of Forfeiture for Proceeds and for Direct and Substitute Assets condemning and forfeiting to the United States of America the following asset:

> **The real property located at 96000 Overseas Highway, Unit M-4, Key Largo, Monroe County, Florida 33037, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:**
>
> Unit No. M-4 of Buttonwood Bay No. 7, a Condominium, according to the Declaration of Condominium recorded in Official Records Book 582, Page 803, and all exhibits and Amendments thereof, Public Records of Monroe County, Florida.
>
> (Asset ID: 20-FBI-004069)

**Becker & Poliakoff, PA, Registered Agent for Buttonwood Bay Condominium Association, Inc.** also acknowledges receipt of a copy of this Acknowledgment and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

**Becker & Poliakoff, PA, Registered Agent for Buttonwood Bay Condominium Association, Inc.** acknowledges the Notice of Forfeiture sets forth the procedure for filing a petition with the court to assert an interest in the above-referenced property pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(c), and 21 U.S.C. § 853(n).

Date:_____

                                        **Becker & Poliakoff, PA, Registered Agent**
                                        **Buttonwood Bay Condominium Association, Inc.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86(S1)-TJC-JBT

JORGE PEREZ
RICARDO PEREZ

**PRELIMINARY ORDER OF FORFEITURE FOR
PROCEEDS AND FOR DIRECT AND SUBSTITUTE ASSETS[1]**

This cause comes before the Court on the United States' Opposed Second Amended Motion for a Preliminary Order of Forfeiture for proceeds, a direct asset, and substitute assets against defendants Jorge Perez and Ricardo Perez (Doc. 1164). Pursuant to Fed. R. Crim. P. 32.2(b)(2) and (e)(1)(B), it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. Pursuant to 18 U.S.C. §§ 982(a)(1) and (7), and 18 U.S.C. § 981(a)(1)(C) as incorporated by 28 U.S.C. § 2461(c), the defendants Jorge and Ricardo Perez shall be held liable for an order of forfeiture in the amount of $6,592,239.27, representing the amount of proceeds they jointly obtained as a result of their participation in the health care fraud conspiracy charged in Count One, and laundered as part of the money laundering conspiracy charged in Count Eight, for which defendants were convicted.

---

[1] The Court incorporates by reference the Order on Restitution and Forfeiture (Doc. 1182).

2. Pursuant to 18 U.S.C. §§ 982(a)(1) and (7), and 18 U.S.C. § 981(a)(1)(C) as incorporated by 28 U.S.C. § 2461(c), the condominium located at 96000 Overseas Highway, Unit M-4, Key Largo, Florida 33037, which was purchased with health care fraud proceeds and was involved in the defendants' money laundering conspiracy, is forfeited to the United States for disposition according to law.

3. Pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), because Jorge and Ricardo Perez have transferred their health care fraud proceeds to third parties or have commingled them with other property which cannot be divided without difficulty, and because the proceeds are no longer available to be forfeited, the United States is entitled to seek the forfeiture of any of the defendants' property as a substitute asset, not to exceed $6,592,239.27.

4. Pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), the following substitute assets are forfeited to the United States for disposition according to law:

(a) Empower Investment Group LLC;

(b) Approximately $246,546.95 from the sale of the real property located at 96000 Overseas Highway, Unit W-31, Key Largo, Florida 33037;

   (c) The real property located at 13820 SW 142 Avenue, Miami, Florida 33186, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

   Condominium Unit No. 13820, of Tamiair Park Condominium No. 1, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 11140, Page 905, of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto.

   Titled Owner: Empower Investment Group LLC; and

   (d) The real property located at 15434 SW 175 Street, Miami, Florida 33187, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

   Lot 14, in Block 25, of VENETIAN PARC WEST, according to the Plat thereof, as recorded in Plat Book 170, Page 27, of the Public Records of Miami-Dade County, Florida.

   Titled Owner: Jorge E. Perez and Ricardo J. Perez with the right of survivorship

5. Any of the above assets not already in the United States' possession may be seized pursuant to Fed. R. Crim. P. 32.2(b)(3). This order is a final order of forfeiture as to the defendants.

6. The net proceeds from the forfeited assets will be credited towards the satisfaction of the defendants' order of forfeiture.

7.   The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of the forfeited assets, and any other substitute asset.

DONE and ORDERED in Jacksonville, Florida, this 6th day of November, 2024.



TIMOTHY J. CORRIGAN
Senior United States District Judge

Copies to:
Anita M. Cream, AUSA
All Parties/Counsel of Record

U.S. Department of Justice
United States Attorneys Office
Middle District of Florida

400 N. Tampa Street, Suite 3200
Tampa, Florida 33602

Official Business

TAMPA FL 335

23 DEC 2024 PM 7 L



US OFFICIAL MAIL — DO NOT FOR PRIVATE USE $300
US POSTAGE — PITNEY BOWES

ZIP 33602
02 4W         $ 000.97⁰
0001131770 DEC 23 2024

Buttonwood Bay Condominium Association, Inc
c/o Becker & Poliakoff, PA, Registered Agent
2525 Ponce De Leon Blvd., Suite 825
Coral Gables, FL 33134



RECEIVED
DEC 2 6 2024
By_____

33134 505100