

ORIGIN ID:HWOA  (954) 241-4902
B02391/423582 AEV
BECKER AND POLIAKOFF PA
1 E BROWARD BLVD
STE 1700
FORT LAUDERDALE, FL 33301
UNITED STATES US

SHIP DATE: 29JAN25
ACTWGT: 1.00 LB
CAD: 257669378/WSXI3600

BILL SENDER

TO  CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
300 N. HOGAN STREET SUITE 9-150
JACKSONVILLE FL 32202
(954) 241-4902
INV:
PO: B02391/423582         REF:
                          DEPT:

STE 9-150

Name
Company
Address
City, State ZIP

TRK# 2848 8381 6409    THU - 30 JAN 10:30A
0201                   PRIORITY OVERNIGHT

**31 NIPA**                    32202
                    FL-US   JAX



◂ Insert shipping
  document here.

11/14/24 23:23

# FedEx

Env
Recy

elope
le me.

Align top of FedEx Express® shipping label here.