**Exhibit A**

```
Doc# 2074741  05/09/2016    11:14AM
Filed & Recorded in Official Records of
MONROE COUNTY    AMY HEAVILIN

05/09/2016    11:14AM
DEED DOC STAMP   CL: ROBI    $4,025.00

Doc# 2074741
Bk# 2795   Pg# 1508
```

THIS INSTRUMENT PREPARED BY AND RETURN TO:
**Sonia Wiseman**
Hershoff, Lupino & Yagel, LLP
90130 Old Highway
Tavernier, Florida 33070
Property Appraisers Parcel Identification (Folio) Numbers: **00088259-001814**

Florida Documentary Stamps in the amount of **$4,025.00** have been paid hereon

_____ _____ Space Above This Line For Recording Data _____ _____

**THIS WARRANTY DEED,** made the **6th** day of **May, 2016** by **George Llewelyn Richards and Marcia Diane Richards, husband and wife** , whose post office address is **1107 East Ridge Village Drive, Cutler Bay, FL 33157** herein called the grantors, to **Empower Investment Group LLC, a Florida limited liability company** , whose post office address is **13727 SW 152 Street #125, Miami, FL 33177**, hereinafter called the Grantee:
*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the grantors, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in MONROE County, State of Florida, viz.:

**Unit No. W-31 of Buttonwood Bay No.19, a Condominium, according to The Declaration of Condominium recorded in Official Records Book 795, Page 2192, and all exhibits and amendments thereof, Public Records of Monroe County, Florida; together with the undivided interest in the common elements designated in Condominium Declaration appurtenant thereto, together with Boat Slip Number 244.**

**Subject to easements, restrictions and reservations of record and taxes for the year 2016 and thereafter.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantors hereby covenant with said grantee that the grantors are lawfully seized of said land in fee simple; that the grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2015.

**IN WITNESS WHEREOF,** the said grantors have signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature
ANTONIO HERNANDEZ
Witness #1 Printed Name

_____
Witness #2 Signature
Sonia Wiseman
Witness #2 Printed Name

_____
George Llewelyn Richards

_____
Marcia Diane Richards

**STATE OF FLORIDA**
**COUNTY OF MONROE**

The foregoing instrument was acknowledged before me this 6th day of May, 2016 by George Llewelyn Richards and Marcia Diane Richards who are personally known to me or have produced ____FL DL._____ as identification.

SEAL

[Notary Seal: SONIA WISEMAN, Notary Public - State of Florida, My Comm. Expires Apr 15, 2017, Commission # FF 002636]

_____
Notary Public
SONIA WISEMAN
Printed Notary Name

My Commission Expires: 4-15-17

File No: **16-1079**

## CONSENT TO SELL

The undersigned, BUTTONWOOD BAY CONDOMINIUM ASSOCIATION, INC., a non-profit Florida Corporation, consents to the sale

Doc# 2074741
Bk# 2795  Pg# 1509

From:   Richards George Llewelyn And Marcia Diane

To:     Empower Investment Group

of the following described property, to wit:
That certain Condominium Parcel composed of Unit Number W-31 and an undivided one-twentieth percent share of the Common Elements appurtenant thereto in accordance with and subject to the covenants, conditions, restrictions, terms and other provisions of that Declaration of Condominium of Buttonwood Bay Number 19 condominium as recorded in Official Records Book 795 at Page 2191 of the Public Records of Monroe County, Florida, and recorded Amendments thereto, if any.

IN WITNESS WHEREOF, the undersigned has set its hand and seal this 26 day of April, 2016

Witness:

LISSETTE LOPEZ

BUTTONWOOD BAY CONDOMINIUM
ASSOCIATION, INC.
A non-profit Florida Corporation

By: _____
James R. Stoker
Secretary

STATE OF FLORIDA   )
                   : SS.
COUNTY OF MONROE   )

I HEREBY CERTIFY that on this day April, 26 2016, James R. Stoker, before me personally appeared as Secretary of BUTTONWOOD BAY CONDOMINIUM ASSOCIATION, INC., a non-profit Florida Corporation, to me known to be the person who signed the foregoing Consent to Sale as such Officer, and acknowledged the execution thereof to be his/her free act and deed for the uses and purposes therein mentioned and that he/she affixed thereto the official seal of said Corporation and that said instrument is the act an deed of said Corporation.

WITNESS, my hand and official seal at Key Largo, Florida, the day and year last aforesaid.

**My Commission Expires:**

Notary Public
State of Florida At Large

Prepared By:  Becker & Poliakoff, P.A.
              5201 Blue Lagoon Drive Suite 100
              Miami, Florida 33126

SANDRA J. WAICHULIS
Notary Public - State of Florida
My Comm. Expires Jul 2, 2016
Commission # EE 177000
Bonded Through National Notary Assn.

MONROE COUNTY
OFFICIAL RECORDS