CFN: 20160553580 BOOK 30240 PAGE 886
DATE:09/22/2016  08:32:51 AM
DEED DOC 732.00
SURTAX 549.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by and return to:
Barbie C. Rodriguez
Manager
The Law Office of William G. Hersman, P.A.
10631 N. Kendall Drive Suite 210
Miami, FL 33176
786-621-6339
File Number:  4000-230
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this **15th** day of **September, 2016** between **Humberto Pedroso and Zoraida Pedroso, husband and wife** whose post office address is 5401 SW 77 CT E206, Miami FL 33155, grantor, and **Empower Investment Group, LLC., a Florida Limited Liability Company** whose post office address is **8724 SW 72 ST, 459, Miami, FL 33173**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida** to-wit:

> **Condominium Unit No. 13820, of Tamiair Park Condominium No. 1, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 11140, Page 905, of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto,**
>
> **The United States of America, on behalf of the Small Business Administration, retains its right of redemption pursuant to the provisions of 28 U.S.C. Section 2410(c) that if it be the successful bidder at the foreclosure sale will be allowed thirty (30) days to deliver Treasury check in payment of the amount of its bid, and that the deposit required by Section 45.021(2), Florida Statues, be waived.**
>
> **Parcel Identification Number: 30-5922-012-0010**

Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property. Grantor's residence and homestead address is 5401 SW 77 CT E 206, Miami, FL 33155.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2015**.

DoubleTime®

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Francheska Martin

Witness Name: Kathleen Keen

_____ (Seal)
Humberto Pedroso

Witness Name: Francheska Martin

Witness Name: Kathleen Keen

_____ (Seal)
Zoraida Pedroso

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 15th day of September, 2016 by Humberto Pedroso and Zoraida Pedroso, who [ ] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: Barbie Rodriguez

My Commission Expires: 9/3/2017

BARBIE RODRIGUEZ
Notary Public - State of Florida
My Comm. Expires Sep 3, 2017
Commission # FF 039048

*Warranty Deed* - Page 2

DoubleTime®