**Exhibit C**

Doc # 2354476 Bk# 3145 Pg# 1463  Electronically Recorded 12/28/2021 at 10:59 AM Pages 3
Filed and Recorded in Official Records of MONROE COUNTY KEVIN MADOK
ElectronicallyREC: $27.00 Deed Doc Stamp $5,460.00

Prepared by and return to:
Carlos A Muñoz
Attorney at Law
Carlos A. Munoz, P.A.
10691 N Kendall Drive Suite 312
Miami, FL 33176
305-270-3337
File Number: 21-0720
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this **28th** day of **December, 2021** between **Empower Investment Group, LLC, a Florida limited liability company** whose post office address is **15434 SW SW 175th ST, Miami, FL 33187**, grantor, and **KANN, LLC, a Florida limited liability company** whose post office address is **2114 N Flamingo RD, STE 183, Pembroke Pines, FL 33028**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Monroe County, Florida** to-wit:

> Unit W-31, of BUTTONWOOD BAY NO. 19, A CONDOMINIUM, according to the Declaration of Condominium thereof, recorded in Official Records Book 795, Page(s) 2192, of the Public Records of Monroe County, Florida, and any amendments thereto, together with its undivided share in the common elements.
>
> Parcel Identification Number: 00088259-001814

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2021**.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

DoubleTime®

Signed, sealed and delivered in our presence:

_____
Witness Name: GABRIELA PRATI

_____
Witness Name: SONIA PEREZ

Empower Investment Group LLC
By: _____
Jorge E. Perez, Manager and Sole Member

State of Florida
County of Miami Dade

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this 27 day of December, 2021 by Jorge E. Perez, Manager and Sole Member of Empower Investment Group LLC, on behalf of the company, who [ ] is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: Sheila Lezcano

My Commission Expires: Oct. 18, 2022

SHEILA LEZCANO
Notary Public - State of Florida
Commission # GG 269080
My Comm. Expires Oct 18, 2022
Bonded through National Notary Assn.

## CONSENT TO SELL

The undersigned, **BUTTONWOOD BAY CONDOMINIUM ASSOCIATION, INC.**, a non-profit Florida Corporation, consents to the sale

From: Empower Investment Group, LLC

To:  KANN, LLC

of the following described property, to wit:
That certain Condominium Parcel composed of Unit Number W-31 and an undivided one-ninth percent share of the Common Elements appurtenant thereto in accordance with and subject to the covenants, conditions, restrictions, terms and other provisions of that Declaration of Condominium of Buttonwood Bay Number 19 condominium as recorded in Official Records Book 795 at Page 2192 of the Public Records of Monroe County, Florida, and recorded Amendments thereto, if any.

IN WITNESS WHEREOF, the undersigned has set its hand and seal this 4th day of December 2021.

Witness:

BUTTONWOOD BAY CONDOMINIUM ASSOCIATION, INC.
A non-profit Florida Corporation

By: _____
Jim Stoker, Secretary

**STATE OF FLORIDA    )**
                      : SS.
**COUNTY OF MONROE    )**

I HEREBY CERTIFY that on this day 12/08/2021 Jim Stoker before me personally appeared as Secretary of BUTTONWOOD BAY CONDOMINIUM ASSOCIATION, INC., a non-profit Florida Corporation, to me known to ~~be the person who signed~~ the foregoing Consent to Sale as such Officer, and acknowledged the execution thereof to be his/her free act and deed for the uses and purposes therein mentioned and that he/she affixed thereto the official seal of said Corporation and that said instrument is the act an deed of said Corporation.

WITNESS, my hand and official seal at Key Largo, Florida, the day and year last aforesaid.

My Commission Expires:
July 29, 2024

_____
Notary Public
State of Florida At Large

Prepared By:  Becker & Poliakoff, P.A.
              5201 Blue Lagoon Drive Suite 100
              Miami, Florida 33126

CAROL CARROLL
Notary Public - State of Florida
Commission # HH 025207
My Comm. Expires Jul 29, 2024
Bonded through National Notary Assn.