**Exhibit D**

CFN: 20250071679 BOOK 34596 PAGE 2590
DATE:01/29/2025 02:42:24 PM
DEED DOC 1,680.00
SURTAX 1,260.00
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

Prepared by and return to:
Miley Martin
Title Answers, a Law Firm
7260 Southwest 39th Terrace
Suite B
Miami, FL 33155
(305) 982-7857
File No TA-3180

Parcel Identification No 30-5922-012-0010

_____[Space Above This Line For Recording Data]_____

# WARRANTY DEED
### (STATUTORY FORM – SECTION 689.02, F.S.)

**This indenture** made the __24th__ **day of January, 2025** between **Empower Investment Group, LLC, a Florida Limited Liability Company**, whose post office address is **15424 Southwest 175th Street, Miami, FL 33187**, of the County of Miami-Dade, State of Florida, Grantor, to **13820 SW 142 Ave, LLC, a Florida Limited Liability Company**, whose post office address is **15996 Southwest 14th Street, Pembroke Pines, FL 33027,** of the County of Broward, State of Florida, Grantee:

**Witnesseth**, that said Grantor, for and in consideration of the sum of TEN DOLLARS (U.S.$10.00) and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Miami-Dade, Florida, to-wit:

Unit 13820 of TAMIAIR PARK CONDOMINIUM NO. 1, a Condominium, together with an undivided interest in the common elements appurtenant thereto, according to the Declaration of Condominium thereof, as recorded on Official Records Book 11140, Page 905, and any amendments thereto, in the Public Records of Miami-Dade County, Florida.

**Together with** all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**Subject to** taxes for 2024 and subsequent years, not yet due and payable; covenants, restrictions, easements, reservations and limitations of record, if any.

**TO HAVE AND TO HOLD** the same in fee simple forever.

**And** Grantor hereby covenant with the Grantee that the Grantor is lawfully seized of said land in fee simple, that Grantor have good right and lawful authority to sell and convey said land and that the Grantor hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever.

CFN: 20250071679 BOOK 34596 PAGE 2591

**In Witness Whereof**, Grantor have hereunto set Grantor's hand and seal the day and year first above written.

*Signed, sealed and delivered in our presence:*

Empower Investment Group. LLC, a Florida Limited Liability Company

By: *Ricardo J. Perez*
     Ricardo J. Perez, Manager

By: *Vivian I. Perez*
     Vivian I. Perez. Manager

*Olga Butrovich*
WITNESS
PRINT NAME: Olga Butrovich

*Rwanda I. Reed*
WITNESS
PRINT NAME: Rwanda I. Reed

1642 S VERDE ST, TACOMA WA 98405
WITNESS 1 ADDRESS

15 Clairford ct
Halethorpe MD 21227
WITNESS 2 ADDRESS

STATE OF FLORIDA    Maryland
COUNTY OF XXXXXXXXX    Baltimore

The foregoing instrument was acknowledged before me by means of ( ) physical presence or (✓) online notarization this 24 day of January, 2025 by Ricardo J. Perez and Vivian I. Perez, Managers of Empower Investment Group, LLC, a FL Limited Liability Company, on behalf of the Limited Liability Company.

*Rwanda I. Reed*
Signature of Notary Public
Print, Type/Stamp Name of Notary    Rwanda I Reed

Personally known: ✓
OR Produced Identification:

Type of Identification Produced: Drivers License / Passport

```
┌──────────────────────────────────────┐
│          RWANDA I REED               │
│  Notary Public - State of Maryland   │
│          Baltimore County            │
│  My Commission Expires Dec 18, 2028  │
└──────────────────────────────────────┘
```

Completed via Remote Online Notarization using 2 way Audio/Video technology.

NotaryCam Doc ID: ebf0c9e3-115c-4f77-8e78-b25e31a74cf6